# United States District Court

## For The District of Columbia

**UNITED STATES OF AMERICA**

V.

**SIMON P. KARERI**
DOB: x/xx/57
PDID:

**CRIMINAL COMPLAINT**

CASE NUMBER:

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.   In on between January, 2000 until in or about May, 2004 in __Washington, D.C.__ county, in the _____ District of __Columbia__ defendant(s), (Track Statutory Language of Offense)

did knowingly combine, conspire and agree with each other and with others to defraud Riggs Bank by devising a scheme and artifice to defraud, and to obtain moneys and funds owned by and under the custody and control of Riggs, a federally insured financial institution, by means of false and fraudulent pretenses, representations, and promises, that is, defendants SIMON P. KARERI and NDEYE NENE FALL KARERI wilfully concealed the material fact from Riggs Bank that KARERI was engaging in prohibited personal business transactions with Riggs Bank customers, in violation of Title 18, United States Code, Section 1344 (bank fraud)

in violation of Title __18__ United States Code, Section(s) __371, 1344, 1343 and 1957__.

I further state that I am __Special Agent Mark Richard Stanley__, and that this complaint is based on the following facts:

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

Signature of Complainant
Special Agent Mark Richard Stanley
FBI

AUSA, Steven Durham   (202) 514-8316
Sworn to before me and subscribed in my presence,

_____                        at   __Washington, D.C.__
Date                                                         City and State

_____                        _____
Name & Title of Judicial Officer                   Signature of Judicial Officer