CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
3RD & CONSTITUTION AVE., NW
WASHINGTON, DC 20001
June 07, 2005

UNITED STATES OF AMERICA

V.                                                      Criminal No. 05-0212-01,02

#1: SIMON R. KARERI

#2: NDEYE NENE FALL KERERI

## CRIMINAL NOTICE

Please be advised that the above entitled case is scheduled in Court.

CASE  SET  FOR:   ARRAIGNMENTS
DATE:              THURSDAY, JUNE 16, 2005
TIME:              10:45 A.M
JUDGE:             RICARDO M. URBINA
COURTROOM:  No. #12  -   Fourth Floor

Notwithstanding the obligation of the D.C. Pretrial Services Agency and/or Surety to notify the defendant of his/her required appearance, defense counsel is also directed by the Court to take appropriate action to assure the presence of the defendant.

NANCY MAYER-WHITTINGTON, Clerk

cc:
Chambers                By:_____
File                              JAMES W. DALES
Courtroom Clerk                    Deputy Clerk

Amy Jeffress, Esquire, Deputy Chief, Organized Crime and Narcotics Traficking Section, 555 4th Street, N.W., Washington, D.C. 20001
Jonathan Jeffress, Esquire, 625 Indiana Avenue, N.W., Suite #550, Washington, D.C. 20004
Nina Ginsberg, Esquire, 908 King Street, Site #200, Alexandria, Virginia 22314
Simon P. Kareri, 1526 Ingram Terrace, Silver Spring, Maryland 20906
Ndeye Nene Fall Kareri, 1526 Ingram Terrace, Silver Spring, Maryland 20906
Pretrial Services