UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    -vs-                                           CASE No. 05-212
                                                             JUDGE: Ricardo M. Urbina

SIMON P. KARERI,

        Defendant.

NOTICE OF ENTRY OF COUNSEL
AND MOTION TO ADMIT JONATHAN SHAPIRO
PRO HAC VICE

    Please take notice that Christopher Hoge, of Crowley, Hoge and Fein, P.C., hereby enters his appearance as counsel for the defendant Simon Kareri.

    Counsel also moves the admission of Jonathan Shapiro, of the Law Office of Jonathan Shapiro, P.C., *pro hac vice*, pursuant to Rule 44.1(c), Local Criminal Rules of United States District Court for the District of Columbia. Mr. Shapiro's Declaration is attached to this pleading.

    The District Court per Judge Urbina has previously granted Mr. Shapiro leave to appear *pro hac vice* along with Mr. Hoge in the two related civil forfeiture actions in which Mr. Kareri is a claimant, and which allege many of the facts at issue in this criminal case. See United States v. One Parcel of Real Property, No. 1:04CV01525.

    It is also requested that Mr. Shapiro be permitted to handle all matters in this litigation without the presence of Mr. Hoge, who will nevertheless be available to advise as necessary throughout the case. The District Court orders signed by Judge Urbina have included such a provision.

Mr. Shapiro has spoken to Steven Durham, the Assistant United States Attorney handling this case and is authorized to tell the court that the United States has no objection to this motion.

Respectfully Submitted
SIMON KARERI
By Counsel

Counsel for the Claimant:

_____
Christopher G. Hoge
DCB # 203257
Crowley, Hoge and Fein, P.C.
1710 Rhode Island Avenue, N.W.
Suite 700
Washington, D.C.   20036
(202) 483-2900

Certificate of Service

I hereby certify that a true copy of the foregoing motion was hand delivered this 8th day of June, 2005, to Steven Durham, Assistant United States Attorney, 555 4th Street, N.W., Washington, D.C., 20530.

_____
Christopher G. Hoge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    -vs-                                          CASE No. 05-212
                                                JUDGE: Ricardo M. Urbina

SIMON P. KARERI.,

        Defendants.

<u>DECLARATION IN SUPPORT OF
MOTION FOR ADMISSION PRO HAC VICE</u>

In support of the application for admission *pro hac vice* in this matter, and pursuant to the Local Rules of Criminal Procedure for the United States District Court for the District of Columbia, Jonathan Shapiro states:

1. My full name is Jonathan Shapiro.

2. My office address is 910 King Street, Alexandria, Virginia, 22314, and my telephone number is (703) 684-1700.

3. I have been admitted to the following bars: United States Supreme Court; Virginia State Bar; United States Court of Appeals for the Fourth Circuit; United States Court of Appeals for the District of Columbia; United States Court of Appeals for the Second Circuit; United States District Court for the Eastern District of Virginia; United States District Court for the Northern District of Texas.

4. I have never been disciplined by any bar and do not believe that any bar complaint has ever been filed against me.

5. I have not sought admission *pro hac vice* to practice in this court within the past two years with the exception of requests, granted by the court, in the case of <u>United States v.</u>

3

<u>One Parcel of Real Property</u>, Case No. 1:04CV01525, and <u>United States v. $819,000, etc.</u>, Case No. 1:04CV02118, which are consolidated with each other and which are related to this criminal litigation.

6. I do not have an office in the District of Columbia.

I affirm under penalty of perjury that the foregoing is true and correct.


_____
Jonathan Shapiro

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

        Plaintiff,

-vs-                              CASE No.05-212
                                    JUDGE: Ricardo M. Urbina

SIMON P. KARERI,

        Defendants.

## ORDER

Upon motion of the counsel for the defendant for the admission of Jonathan Shapiro, *pro hac vice*, and deeming it just and proper to do so, it is hereby ORDERED, that Mr. Shapiro is granted leave to appear as counsel for the defendant Simon Kareri in this matter *pro hac vice*. His entry as counsel is hereby noted. Further, it is ORDERED that local counsel for Mr. Kareri need not accompany Mr. Shapiro at any future court appearance in this case.

It is further ORDERED that Tony Axam of the Federal Public Defender is relieved of all further duties in this case.

                                              _____
                                              UNITED STATES DISTRICT JUDGE

                                              Entered: _____