UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    Plaintiff,

-vs-

SIMON P. KARERI,

    Defendants.

CASE No.05-212
JUDGE: Ricardo M. Urbina

FILED
JUN 9 - 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Upon motion of the counsel for the defendant for the admission of Jonathan Shapiro, *pro hac vice*, and deeming it just and proper to do so, it is hereby ORDERED, that Mr. Shapiro is granted leave to appear as counsel for the defendant Simon Kareri in this matter *pro hac vice*. His entry as counsel is hereby noted. Further, it is ORDERED that local counsel for Mr. Kareri need not accompany Mr. Shapiro at any future court appearance in this case.

It is further ORDERED that Tony Axam of the Federal Public Defender is relieved of all further duties in this case.

_____
UNITED STATES DISTRICT JUDGE

Entered: 6/9/05

5