# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR: 05-212-01 (RMU) |
| v. | ) | Case No. 05-320M |
| SIMON P. KARERI | ) | 05-313M |
| Defendant. | ) | |

FILED

JUN 10 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Upon motion of the defendant, and deeming it just and proper to do so, and upon representation by the defendant that he suffers from a ulcerative colitis for which he has been prescribed medicine which must be taken, at his doctor's orders, at specific times during each day, it is hereby

**ORDERED**, that the administrator of the District of Columbia Jail take all necessary steps to evaluate and to treat Mr. Kareri's condition and to ensure that he receives appropriate medication at the appropriate intervals. The clerk of court shall send a copy of this Order to the Administrator of the jail immediately; and it is further

**ORDERED**, that Mr. Kareri be housed at a facility where he may receive appropriate medical attention.

SO ORDERED this 10 day of June, 2005.

ALAN KAY
UNITED STATES DISTRICT JUDGE

Copies to:
Tony Axam, Jr.
625 Indiana Avenue, N.W.
Suite 550

United States Marshal for
The District of Columbia
333 Constitution Avenue, NW

Steve Durham, AUSA
555 4th Street, NW
Washington, DC 20001

