**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**FILED**
JUN 1 6 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA  :

v.  :   Criminal Action No.: 05-212 (RMU)

Simon Kareri et al,  :

Defendant(s).  :

## ORDER

It is this __16__ day of __June__ 2005,

**ORDERED** that a ___status___ hearing in the above-captioned case shall take place on __August 8, 2005__ at __3:30__.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge

