UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v.   : | Criminal No. 05-212 (RMU) |
| : | |
| **SIMON P. KARERI** and : | |
| **NDEYE NENE FALL KARERI,** : | |
| : | |
| Defendants. : | |

**GOVERNMENT'S MOTION TO ORDER
DEFENDANTS TO REPATRIATE ASSETS**

COMES NOW the United States of America, by and through the United States Attorney for the District of Columbia, and moves this Court, pursuant to 21 U.S.C. § 853(e)(4), to order the defendants, Simon P. Kareri and/or Nene Fall Kareri, to repatriate any and all of the contents of an off-shore bank account located in Luxembourg. The United States further requests that this Court order the defendants to repatriate or disgorge all funds that represent the balance of the monies that the defendants received as proceeds of the sale of real property in Civil Action 04-1525, but which the defendants did not transfer to the Luxembourg bank account. Finally, pursuant to § 853(e)(4), the United States requests that this Court further instruct the defendants that once they have repatriated the above-referenced funds, such funds be surrendered to the United States Marshals Service or deposited in the registry of this Court until further Order of this Court. Defendant Ndeye Nene Fall Kareri has authorized the government to represent that she does not oppose the entry of the order sought in this motion.

As alleged in the Indictment, the United States contends that the above-referenced funds were improperly obtained when the defendants sold real property that was under this Court's

process in a civil forfeiture action docketed in this Court as Civ. No. 04-1525.

For the reasons stated in the accompanying memorandum of points and authorities, this request is explicitly authorized by law and supported by the facts we allege. Thus, the United States requests that its motion be granted.

A proposed Order accompanies this motion.

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY
D.C. BAR # 246470

By: _____
STEVEN J. DURHAM
ASSISTANT UNITED STATES ATTORNEY
555 Fourth Street, N.W.
Room 5836
Washington, D.C. 20001
(202) 514-8316

## CERTIFICATE OF SERVICE

I certify that I have provided a true copy of the forgoing Government's Motion and Memorandum in Support to the following parties by ECF filing:

Jonathan Shapiro, Esq.
(counsel for defendant Simon P. Kareri)

Nina Ginsberg, Esq.
(counsel for defendant Ndeye Nene Fall Kareri)

on this 7th day of July, 2005.

_____
STEVEN J. DURHAM
ASSISTANT U.S. ATTORNEY