UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v. : | Criminal No. 05-212 (RMU) |
| : | |
| **SIMON P. KARERI** and : | |
| **NDEYE NENE FALL KARERI,** : | |
| : | |
| **Defendants.** : | |

**O R D E R**

On motion of the United States for an Order instructing Simon P. Kareri and/or Ndeye Nene Fall Kareri, defendants herein, to repatriate assets in accordance with 21 U.S.C. § 853(e)(4), and this Court having considered the representations and arguments of all parties, now, therefore,

it is, hereby

ORDERED, ADJUDGED and DECREED, that the motion of the United States is, in all of its terms, hereby GRANTED; and

it is, specifically,

ORDERED, ADJUDGED and DECREED, that the defendants, either individually or jointly, as may be required to fulfill the terms of this Order, shall forthwith repatriate any and all funds that are contained in the bank account designated as xxxxxxxxxxxxxxxx91000 in the Banque Generale du Luxembourg and deposit such funds into the registry of this Court; and it is further,

ORDERED, ADJUDGED and DECREED that the defendants, either individually or

jointly, as may be required to fulfill the terms of this Order, shall forthwith deposit the balance of those funds that they acquired as a result of the sale of the defendant property in Civil Action No. 04-1525, but which are not a part of funds contained in the above-referenced bank account in Banque Generale du Luxembourg, into the registry of the Court.

                                                                                                      _____
                                                                                                        RICARDO M. URBINA
                                                                                                        UNITED STATES DISTRICT JUDGE

                                                                                                        _____
                                                                                                        DATE

cc: Steven J. Durham
    Assistant U.S. Attorney

    Jonathan Shapiro, Esq.
    (counsel for defendant Simon P. Kareri)

    Nina Ginsberg, Esq.
    (counsel for defendant Ndeye Nene Fall Kareri)