IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

-vs-

SIMON P. KARERI

Case No. 05-212
Judge; Ricardo M. Urbina

FILED

JUL 7 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ORDER

Upon motion of the defendant Simon Kareri, by counsel, pursuant to Rule 4(b), Federal Rules of Appellate Procedure, and deeming it just and proper to do so, it is hereby ORDERED, that Mr. Kareri be granted an extension of time in which to file his Notice of Appeal from the denial of his Motion To Revoke Detention Order. The clerk is directed to accept the Notice of Appeal tendered with his current Motion as timely filed.

_____
UNITED STATES DISTRICT JUDGE

Entered: 7/7/05