IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

    -vs-

SIMON P. KARERI

Case No. 05-212
Judge Ricardo M. Urbina

RECEIVED
JUL - 7 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### NOTICE OF APPEAL

Please take notice that the defendant, Simon Kareri, hereby appeals to the United States Court of Appeals for the District of Columbia from the order of this court dated June 16, 2005 denying his Motion to Revoke Detention Order.

                        Respectfully Submitted,
                        SIMON P. KARERI
                        By Counsel

Counsel for Mr. Kareri:

_____
Jonathan Shapiro
Law Office of Jonathan Shapiro, P.C.
910 King Street
Alexandria, Virginia  22314
(703) 684-1700
Appearing Pro Hac Vice

_____
Christopher G. Hoge
D.C. Bar #203257
Crowley, Hoge and Fein, P.C.
1710 Rhode Island Avenue, N.W.
Suite 700
Washington, D.C.  20036
(202) 483-2900
Local Counsel for Mr. Kareri