IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

       -vs-                                      Case No. 05-212
                                                      Judge Ricardo M. Urbina

SIMON P. KARERI

## MOTION FOR ORDER DIRECTING DEPARTMENT OF CORRECTIONS TO TRANSFER MR. KARERI TO CORRECTIONAL TREATMENT FACILITY

       The defendant, Simon Kareri, by counsel, moves this court to enter the attached Order directing that the Department of Corrections move Mr. Kareri to the Correctional Treatment Facility connected to the D.C. Jail. As grounds for this motion, counsel states as follows:

       At the time of Mr. Kareri's initial detention hearing before United States Magistrate Judge Kay, counsel raised the issue of his health and his particular medical needs. Counsel told the court that Mr. Kareri had been hospitalized at the George Washington University Hospital on January 9, 2005. He had lost 40 pounds in the previous six months, was vomiting daily and had bloody diarrhea. After a week stay at George Washington, he was diagnosed with likely ulcerative colitis. A copy of his discharge report is attached to this pleading as Exhibit A. Mr. Kareri informs that he was told that without improvement, he might lose his colon.

       Because there was concern that Mr. Kareri was not receiving his required medications at the jail, and not receiving them at the required times, Judge Kay signed an Order, a copy of which is attached to this pleading as Exhibit B, directing that "the administrator of the District of Columbia Jail take all necessary steps to evaluate and treat Mr. Kareri and to ensure that he receives appropriate medication at the appropriate

intervals", and also that "Mr. Kareri be housed at a facility where he may receive appropriate medical attention."

Since that June 10th Order, the situation for Mr. Kareri has not improved. He is given supplies of various medications (Mr. Kareri reports that he must take 18 pills per day), but he has no way to tell when he should take them. Mr. Kareri reports that it has happened on occasion that he has run out of medication and been forced to go without it for several days. He has not been moved from his initial housing at the jail, that is, he has not been moved to the CTF which, counsel understands, is that portion of the jail where inmates with serious medical issues are housed and treated. Mr. Kareri has begun vomiting again and is in gastric distress. He has been told by the staff at the jail, however, that he would not be moved to CTF based on Judge Kay's Order since it did not specifically direct that he be moved there. Counsel has been informed that yesterday, Mr. Kareri fainted.

It would appear that the only way to ensure that Mr. Kareri receives his necessary medications, and receives them on time, is for him to be placed in the CTF where medical needs such as his are properly addressed. We ask the court to direct that the administrator of the D.C. Jail do that.

Respectfully Submitted,

SIMON P. KARERI
By Counsel

Counsel for Mr. Kareri:

_____
Jonathan Shapiro
Law Office of Jonathan Shapiro, P.C.
910 King Street
Alexandria, Virginia   22314
(703) 684-1700
Appearing Pro Hac Vice

_____
Christopher G. Hoge
D.C. Bar #203257
Crowley, Hoge and Fein, P.C.
1710 Rhode Island Avenue, N.W.
Suite 700
Washington, D.C.   20036
(202) 483-2900
Local Counsel for Mr. Kareri

Certificate of Service

    I hereby certify that a true copy of the foregoing Motion For Order Directing That Department of Corrections Transfer Mr. Kareri ToThe CTF was faxed and mailed, first class postage prepaid, this __ day of July, 2005, to Steven Durham, Assistant United States Attorney.

_____
Jonathan Shapiro

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

      -vs-                                    Case No. 05-212
                                              Judge; Ricardo M. Urbina
SIMON P. KARERI

O R D E R

      Upon motion of the defendant Simon Kareri, and deeming it just and proper to do so, it is hereby ORDERED, that the administrator of the D.C. Jail transfer him to the Correctional Treatment Facility and ensure that he receive his necessary medication on the appropriate schedule.

_____
UNITED STATES DISTRICT JUDGE

Entered: _____