THE GEORGE WASHINGTON UNIVERSITY HOSPITAL
900 23RD STREET, NW
WASHINGTON, DC 20037

ADMISSION DIAGNOSIS:
Dehydration and diarrhea.

DISCHARGE DIAGNOSIS:
Likely ulcerative colitis.

CONSULT:
Gastroenterology.

PROCEDURES:
Included an esophagogastroduodenoscopy and colonoscopy.

HISTORY OF PRESENT ILLNESS:
This is a 47-year-old male with a history of hypertension who presented with nausea, vomiting and diarrhea for one month. He said that prior to these symptoms, he had the flu in early December and had a fever up to 102 to 103 degrees F. Throughout the past couple of weeks prior to admission, he has had yellow, nonbilious vomiting, decreased p.o. intake and diarrhea, which was occasionally bloody. He denied any fevers in the weeks leading up to admission but did have a 40-lb. weight loss in the past six months.

PAST MEDICAL HISTORY:
Significant for hypertension, chronic sinus problems, and hypothyroidism. He had a thyroidectomy in 1983. He has had gallbladder surgery in 1982.

MEDICATIONS ON ADMISSION:
Included Synthroid and hydrochlorothiazide.

ALLERGIES:
He did not have any allergies.

PHYSICAL EXAMINATION:
On admission, he was afebrile but tachypneic to 42b, tachycardiac to 129 and he was 117/70. His exam was significant for having a hypovolemic state. He was guaiac-positive. Abdominal exam was normal.

LABORATORY DATA:
He had a white count of 15, H/H 18/50 and platelets 508 with 7% bands. His chemistries were significant for hypokalemia of 2.7. He did have a gap of 20. His bicarbonate was 18, and his BUN and creatinine were 13 and 1.3, respectively. His ABG showed pH of 7.473 and pCO2 of 30.

| | | | |
|---|---|---|---|
| PATIENT: | KARERI, SIMON | MR#: | 1016354 |
| ATTENDING: | BYRON COOPER, M.D. | ACCT#: | 109644732 |
| ADMIT DATE: | 01/09/2005 | RM #: | 429 |
| DISCHARGE DATE: | 01/15/2005 | | |
| SERVICE: | MED | | |

DISCHARGE SUMMARY
Page 1 of 2


DEFENDANT'S EXHIBIT A

THE GEORGE WASHINGTON UNIVERSITY HOSPITAL
900 23RD STREET, NW
WASHINGTON, DC 20037

HOSPITAL COURSE:
The patient was admitted to the hospital for nausea and vomiting and for hypovolemia. He also was treated empirically for Clostridium difficile with Flagyl. He was also started on ciprofloxacin and given aggressive fluids. Over the next few days, he continued to have vomiting and diarrhea. His Clostridium difficile actually turned out to be negative. His fecal leukocytes were negative, and he did not have any O&P. GI was consulted, and an EGD was performed, which showed an erythematous mucosa in the body of the stomach with a nodular jejunum. A biopsy was performed and a colonoscopy also performed, which showed pancolitis. It was friable and with a very erythematous colon. At that point, Asacol 1,600 mg by mouth three times per day was started.

Gastroenterology continued to help us follow this patient over the next few days. His diarrhea started to improve, as did his nausea and vomiting. His volume status also normalized, and he started to take p.o. He did have low potassium throughout his stay, which needed repletion almost daily.

On the day of discharge, he was feeling better and tolerating a regular diet. He did not have any diarrhea or emesis and was then discharged home in stable condition.

DISCHARGE MEDICATIONS:
Asacol 1,600 mg three times per day, Protonix 40 mg per day and magnesium oxide 400 mg twice a day.

DISCHARGE INSTRUCTIONS:
His activity was as tolerated. His diet was as tolerated. We encouraged him to take lots of p.o. fluids.

FOLLOWUP INSTRUCTIONS:
He was to see Dr. Cooper in 1-2 weeks as well as the gastroenterologist in one week. We asked his physicians to please check his electrolytes, as they needed a lot of repleting in the hospital.

BYRON COOPER, M.D.

DICTATED BY: Jessica Johnson
JJ/MEDQ  DD: 02/10/2005 09:57:50  DT: 02/11/2005 07:54:05
Unique ID#: 97269134  Job # 947230

| | | | |
|---|---|---|---|
| PATIENT: | KARERI, SIMON | MR#: | 1016354 |
| ATTENDING: | BYRON COOPER, M.D. | ACCT#: | 109644732 |
| ADMIT DATE: | 01/09/2005 | RM #: | 429 |
| DISCHARGE DATE: | 01/15/2005 | | |
| SERVICE: | MED | | |

DISCHARGE SUMMARY
Page 2 of 2