JUL- 8-05 FRI 11:09 AM

06/10/05 14:04 FAX 202 208 7515    Federal Public Defender    @004

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR: 05-212-01 (RMU) |
| | ) | |
| v. | ) | Case No. 05-320M |
| SIMON P. KARERI | ) | 05-313M |
| | ) | |
| Defendant. | ) | |

FILED
JUN 10 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

Upon motion of the defendant, and deeming it just and proper to do so, and upon representation by the defendant that he suffers from a ulcerative colitis for which he has been prescribed medicine which must be taken, at his doctor's orders, at specific times during each day, it is hereby

ORDERED, that the administrator of the District of Columbia Jail take all necessary steps to evaluate and to treat Mr. Kareri's condition and to ensure that he receives appropriate medication at the appropriate intervals. The clerk of court shall send a copy of this Order to the Administrator of the jail immediately; and it is further

ORDERED, that Mr. Kareri be housed at a facility where he may receive appropriate medical attention.

SO ORDERED this 10 day of June, 2005.

ALAN KAY
UNITED STATES DISTRICT JUDGE

Copies to:
Tony Axam, Jr.            United States Marshal for        Steve Durham, AUSA
625 Indiana Avenue, N.W.  The District of Columbia         555 4th Street, NW
Suite 550                 333 Constitution Avenue, NW      Washington, DC 20001

DEFENDANT'S EXHIBIT B