IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

      -vs-                                            Case No. 05-212
                                                          Judge Ricardo M. Urbina

SIMON P. KARERI

### DEFENDANT SIMON KARERI'S RESPONSE TO GOVERNMENT'S MOTION TO ORDER REPATRIATION OF ASSETS

The defendant, Simon Kareri, by counsel, states that he is willing to sign any document necessary to repatriate the funds alleged by the government to have been deposited overseas, that is, $950,000.00 on deposit at Banque Generale du Luxembourg.

Counsel is informed that the remaining approximately $49,000.00 sought by the government is not in the actual or constructive possession of the defendant.

                                                          Respectfully Submitted,
                                                          SIMON P. KARERI
                                                          By Counsel

Counsel for Mr. Kareri:

_____
Jonathan Shapiro
Law Office of Jonathan Shapiro, P.C.
910 King Street
Alexandria, Virginia   22314
(703) 684-1700
Appearing Pro Hac Vice

_____
Christopher G. Hoge
D.C. Bar #203257
Crowley, Hoge and Fein, P.C.
1710 Rhode Island Avenue, N.W.
Suite 700
Washington, D.C.  20036
(202) 483-2900
Local Counsel for Mr. Kareri

<u>Certificate of Service</u>

     I hereby certify that a true copy of the foregoing Motion To Extend Time was mailed, first class postage prepaid, this _____ day of July, 2005, to Steven Durham, Assistant United States Attorney.

                                                    _____
                                                  Jonathan Shapiro