IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

    -vs-

SIMON P. KARERI

Case No. 05-212
Judge; Ricardo M. Urbina

**FILED**
JUL 18 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ORDER

Upon motion of the defendant Simon Kareri, and deeming it just and proper to do so, it is hereby ORDERED, that the administrator of the D.C. Jail transfer him to the Correctional Treatment Facility and ensure that he receive his necessary medication on the appropriate schedule.

_____
UNITED STATES DISTRICT JUDGE

Entered: 7/13/05