CO-526
(12/86)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
vs. ) Criminal No. 05-0212-01
)
#1: Simon P. Kareri ) SEALED    FILED
)
                              AUG 0 8 2005

WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT
approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for defendant

I consent:

_____
United States Attorney

Approved:

_____
Judge