UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA       :
                               :
            v.                 :    Criminal Action No.: **05-0212** (RMU)
                               :
**SIMON KARERI**,              :    **SEALED FILED**
**NDEYE NENE FALL KARERI**,    :
            Defendant(s).      :    AUG 8   2005

ORDER

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is this **8th** day of **AUGUST** 2005,

**ORDERED** that a **status** hearing in the above-captioned case shall take place on **Dec. 5th 2005** at **11:00 A.m.**

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge