UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | Criminal No. 05-212 (RMU) |
| | : | |
| **SIMON P. KARERI** and | : | |
| **NDEYE NENE FALL KARERI,** | : | |
| | : | |
| Defendants. | : | |
| | : | |

GOVERNMENT'S MOTION
FOR AN ORDER TO DEPOSIT FUNDS IN THE REGISTRY OF THE COURT

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court for an Order to Deposit Funds in the Registry of the Court, in the above-captioned case, for the reasons set forth below. A proposed Order is submitted with this motion.

1. On September 2, 2004 the United States Attorney for the District of Columbia filed a Complaint for civil forfeiture, *in rem*, against a parcel of real property known as Lot No. 7 of Estate Glen, Montgomery County, Maryland.

2. The Defendants in the above captioned criminal matter filed separate claims to the defendant real property on October 15, 2004.

3. Thereafter, the Defendants, knowing that the real property was under this Court's process pursuant to a warrant of arrest *in rem*, sold the property on May 6, 2005 for $1,075,000.00 of which they received $999,000.00 at closing.

4. Subsequently, the Defendants attempted to defeat the *in rem* jurisdiction of this Court by transferring $950,000.00 derived from that sale to Banque Générale du Luxembourg Account Number LU17003007873409100.

5. Pursuant to a plea agreement entered on August 8, 2005, the Defendants have agreed to have all proceeds/contents of Account number LU17003007873409100 transferred and held in the Registry of this Court.

6. Claimants' counsel do not oppose this motion.

WHEREFORE, the Plaintiff requests an Order from this Court authorizing the Clerk of this Court to accept the entirety of the funds transferred from Account number LU17003007873409100 as maintained at Banque Générale du Luxembourg.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN
United States Attorney
D.C. Bar No. 451058

_____
WILLIAM R. COWDEN
Assistant United States Attorney
D.C. Bar No. 426301

_____
MICHAEL A. HUMPHREYS
Assistant United States Attorney
D.C. Bar No. 383353
555 4th St., N.W.
Washington, D.C.  20530
(202) 514-7065