# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 05-3118             September Term, 2004

05cr000212-01

**FILED**
AUG 2 4 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Filed On:

United States of America,
    Appellee

v.

Simon P. Kareri, a/k/a Simon P. Kareri,
    Appellant



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
FILED
AUG 2 2 2005
CLERK

**ORDER**

Upon consideration of appellant's motion to dismiss appeal, it is

**ORDERED** that the motion be granted, and this case is hereby dismissed.

The Clerk is directed to transmit forthwith to the district court a certified copy of this order in lieu of formal mandate.

                               FOR THE COURT:
                               Mark J. Langer, Clerk

                 BY: *[signature]*
                               Nancy G. Dunn
                               Deputy Clerk

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit

By: *[signature]* Deputy Clerk