UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
:
v. : Criminal Action No.: 05-212 (RMU)
:
SIMON KARERI, :
NENE KARERI :
Defendant(s). :

**SEALED    FILED**

DEC 5 – 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# ORDER

It is this 5th day of December 2005,

ORDERED that a Status hearing in the above-captioned case shall take place on March 9, 2006 at 1:45 pm.

**SO ORDERED.**

Ricardo M. Urbina
United States District Judge

(NJ)