UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 05-212-01-02 (RMU) |
| | : | |
| v. | : | |
| | : | |
| SIMON P. KARERI & | : | |
| NDEYE NENE FALL KARERI, | : | UNDER SEAL |
| | : | |
| Defendant. | : | |
| _____ | : | |

**GOVERNMENT'S STATEMENT OF STATUS OF CASE**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, provides the following information concerning the status of this matter.

1. Defendants both entered guilty pleas pursuant to plea agreements before the Court on August 8, 2005. By joint motion of the parties, the matters were sealed. At the request of the parties, the Court did not set a date for sentencing but set December 5, 2005, as a continued control/status hearing.

2. The plea agreements require defendants to cooperate with the United States in its ongoing criminal investigation. Both defendants are fully in compliance with this requirement. The government is in the process of investigating certain information provided by defendant Simon Kareri. This continuing investigation will, however, take some additional time. The parties will request the Court to set a continuing control/status date for March, 2006. This will permit the government to make potentially more comprehensive representations at sentencing as to the nature and extent of defendants' cooperation and assistance.

3. Defendant Simon Kareri remains held without bond. The government will not seek to alter these conditions at this time although the parties may revisit defendant Simon Kareri's

release conditions at a subsequent time.

    4. Defendant Ndeye Nene Fall Kareri remains on release with conditions. Mrs. Kareri appears to be in full compliance with her release conditions and the parties will not seek any change in this status.

    5. Both defendants have cooperated fully in returning the proceeds to the United States which are the subject of the government's seizure action. These proceeds have in fact been repatriated from overseas and have been deposited in the Court's registry.

    Respectfully submitted,
    KENNETH L. WAINSTEIN
    UNITED STATES ATTORNEY
    D.C. Bar No. 451058

    _____
    STEVEN J. DURHAM
    ASSISTANT UNITED STATES ATTORNEY
    Fraud & Public Corruption Section
    555 Fourth Street, N.W.
    Washington, D.C. 20530
    202-514-8316

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of this document was served by facsimile on counsel for the defendant, Jonathan Shapiro, Esq. (attorney for Simon Kareri), fax 703-548-3181, and Nina Ginsberg, Esq. (attorney for Ndeye Nene Fall Kareri), fax 703-548-3181, on the 2nd day of December, 2005.

    _____
    STEVEN J. DURHAM
    ASSISTANT UNITED STATES ATTORNEY