IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

      -vs-                                        Case No. CR-05-212-01-RMU
                                                    Judge Ricardo M. Urbina

SIMON P. KARERI

## ORDER

Upon motion of the defendant Simon Kareri, by counsel, and with no objection by the United States, and deeming it just and proper to do so, it is hereby ORDERED, that Mr. Kareri be released from custody pending sentencing in this case scheduled for _____. He is to reside at his home with his wife; to be supervised by the Office of Pre-Trial Services; to be placed on electronic monitoring with time out during the day to seek employment and to perform necessary family obligations; and to abide by all other conditions of release specified in this court's standard release order entered this day.

 

                                                     _____
                                                   UNITED STATES DISTRICT JUDGE

                                                   Entered: _____