UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | **Criminal No. 05-212 (RMU)** |
| | : | |
| **SIMON P. KARERI** and | : | **(UNDER SEAL)** |
| **NDEYE NENE FALL KARERI,** | : | |
| | : | |
| Defendants. | : | |
| | : | |

**JOINT CONSENT MOTION TO ENLARGE TIME
WITHIN WHICH TO FILE SENTENCING MEMORANDA**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and defendants Simon Kareri and Ndeye Nene Fall Kareri hereby move the Court to enlarge the time within which to file the parties' respective memoranda in aid of sentencing. This motion is joined by both defendants. In support thereof, the parties state the following:

1. Both defendants entered guilty pleas in this matter in August, 2005. Sentencing was delayed to allow both defendants the opportunity to cooperate with the ongoing investigation.

2. On March 9, 2006, at the parties' request, the Court set September 7, 2006, as the date for sentencing of both defendants. Since March 9, 2006, the U.S. Probation Office has prepared presentence investigation reports for both defendants. These reports are now final and were disclosed to the parties on or about May 11, 2006.

3. In its Scheduling Order entered March 9, 2006, the Court "ORDERED that any party wishing to submit a memorandum in aid of sentencing must do so no later than 8 business days after the probation officer discloses the final pre-sentence investigation report, with responses (if any) due

4 business days thereafter." Under the Court's current scheduling order, sentencing memoranda would be due on or about May 23, 2006.

4. Both defendants may be able to provide additional useful information to the government pursuant to the terms of their respective plea agreements between May 23, 2006 and a point later in the summer. The government would incorporate this information into one consolidated sentencing memorandum to be filed with the Court. Such information may have an impact on the Court's final sentence in this matter.

5. The parties propose enlarging the briefing schedule so that sentencing memoranda would be due to be filed on or before August 21, 2006, with response (if any) due on or before August 25, 2006. This would allow the Court almost a full two weeks to consider the sentencing pleadings and would also accommodate the aforementioned concerns of providing the Court with the maximum amount of relevant information in one unified pleading.

WHEREFORE, the parties request that the Court enter the attached order which modifies the briefing schedule in this matter.

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY
D.C. BAR # 246470

By: _____
STEVEN J. DURHAM
ASSISTANT UNITED STATES ATTORNEY
555 Fourth Street, N.W.
Room 5253
Washington, D.C. 20001
(202) 514-8316

**CERTIFICATE OF SERVICE**

     I certify that I have provided a true copy of the forgoing Government's Motion and Memorandum in Support to the following parties by telecopier:

Jonathan Shapiro, Esq.
(counsel for defendant Simon P. Kareri)
FAX 703-684-9017

Nina Ginsberg, Esq.
(counsel for defendant Ndeye Nene Fall Kareri)
FAX 703-548-3181

on this 15th day of May, 2006.

                                                  _____
                                                  STEVEN J. DURHAM
                                                  ASSISTANT U.S. ATTORNEY