UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Criminal No. 05-212 (RMU) |
| | : | |
| SIMON P. KARERI and | : | (UNDER SEAL) |
| NDEYE NENE FALL KARERI, | : | |
| | : | |
| Defendants. | : | |

## ORDER

Upon consideration of the Joint Consent Motion to Enlarge Time Within Which to File Sentencing Memoranda, and the entire record in this matter, it is hereby ORDERED that the motion is GRANTED. It is further ORDERED that any party wishing to submit a memorandum in aid of sentencing must do so no later than August 21, 2006, with reponses (if any) due no later than August 25, 2006.

_____
RICARDO.M. URBINA
UNITED STATES DISTRICT JUDGE

_____
DATE

cc: Steven J. Durham,
    Assistant U.S. Attorney

Jonathan Shapiro, Esq.
(Attorney for Simon Kareri)

Nina Ginsburg, Esq.
(Attorney for Ndeye Nene Fall Kareri)