UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

       -vs-                                      CASE No. CR-05-212-01
                                              JUDGE: Ricardo M. Urbina
                                              (UNDER SEAL)

SIMON P. KARERI,

                Defendant.

## MOTION TO CONTINUE SENTENCING DATE

      The defendant, Simon Kareri, by counsel, hereby requests that the Court continue the sentencing hearing in this case, presently set for September 7, 2006.

      The defendant was arrested on May 26, 2005, on charges which resulted in his indictment on June 3, 2005. He subsequently entered pleas of guilty to several of the charges. He was incarcerated for approximately ten months, during which time he cooperated with the United States in its on-going investigation of Riggs Bank and other entities. Upon joint motion of the United States and the defendant, he was released on his personal recognizance on March 9, 2006. He is supervised by the high intensity unit of Pretrial Services, and has been completely compliant in all respects with the terms of his release.

      The government has now filed its position on sentencing. The government acknowledges Mr. Kareri's full cooperation and in fact seeks a downward departure from the advisory sentencing guidelines because of that cooperation. The government also seeks, as part of the sentence, forfeiture of a large amount of money which it believes is owed by the defendant in delinquent income tax. The alleged delinquent taxes would be

taken from the money which the government already has in hand as a result of a seizure order.

The issue of forfeiture is one which counsel had expected to be resolved in a separate forfeiture proceeding, not part of the criminal sentencing. The United States Attorney, however, believes that the issue is properly decided by the court at Mr. Kareri's criminal sentencing. If that is correct, counsel will need additional time to prepare and, conceivably, to bring witnesses to the hearing.

The issue of criminal forfeiture will also need to be addressed in some detail in our sentencing position paper, currently due to be filed with the Court on August 21st. Additional time will be required to address the issue adequately.

Counsel has spoken to Steven Durham, counsel for the United States, and is authorized to tell the Court that he has no objection to continuing this matter.

We therefore request that the sentencing hearing be postponed until after October 10th, but not October 30 or 31 nor November 1, 2, 3, and not be scheduled for the period December 5th through 15th because of a long-standing capital murder trial scheduled for that time which counsel is defending.

                                                   Respectfully Submitted
                                                   SIMON KARERI
                                                   By Counsel

Counsel for the Defendant:

_____
Jonathan Shapiro
Law Office of Jonathan Shapiro, P.C.
910 King Street
Alexandria, Virginia 22314
(703) 684-1700
Admitted Pro Hac Vice

_____
Christopher G. Hoge
DCB # 203257
Crowley, Hoge and Fein, P.C.
1710 Rhode Island Avenue, N.W.
Suite 700
Washington, D.C.   20036
(202) 483-2900

Local Counsel

Certificate of Service

    I hereby certify that a true copy of the foregoing motion was mailed this __th day of August, 2006, to Steven Durham, Assistant United States Attorney, 555 4th Street, N.W., Washington, D.C., 20530.

_____
Jonathan Shapiro