UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    -vs-       CASE No. CR-05-212-01
              JUDGE: Ricardo M. Urbina
              (UNDER SEAL)

SIMON P. KARERI,

    Defendant.

### O R D E R

Upon motion of counsel for the defendant, and without objection by the United States, and deeming it just and proper to do so, it is hereby ORDERED, that the sentencing hearing in this case presently scheduled for September 7, 2006, is continued until _____, at _____ a.m.

_____
UNITED STATES DISTRICT JUDGE

Entered: _____

1