UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    -vs-

#1: Simon P. Kareri
#2: Ndeye Nene Fall Kareri

    Defendant.

CASE No. CR-05-212
JUDGE: Ricardo M. Urbina
(UNDER SEAL)

FILED

AUG 17 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ORDER

Upon motion of counsel for the defendants and without objection by the United States, and deeming it just and proper to do so, it is hereby ORDERED, that the *As to both defendant* sentencing hearing in this case presently scheduled for September 7, 2006, is continued until November 16, 2006 at 1:30 p.m.

_____
UNITED STATES DISTRICT JUDGE

Entered: 8/17/06