UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

    -vs-       Criminal No. 05-212-01 (RMU)
**UNDER SEAL**

SIMON P. KARERI

### JOINT MOTION TO EXTEND TIME FOR FILING OF DEFENDANT'S SENTENCING POSITION AND ANY GOVERNMENT RESPONSE THERETO

    The defendant and the United States jointly move this court to accept the late filing of the Defendant's Position On Sentencing, which is attached to this motion, and to allow the United States ten business days in which to file any response.

    The defendant pleaded guilty in this case on August 8, 2005. The setting of a sentencing date was delayed while the defendant continued his cooperation with the United States. On March 9, 2006, the court set September 7, 2006 for sentencing. In its Scheduling Order of that date, the court directed that any party wishing to submit a memorandum in aid of sentencing do so no later than 8 business days after disclosure of the final pre-sentence report. By joint motion, the parties sought additional time to file their pleadings. The court granted that request by Order dated May 15, 2006, extending the date for filing to August 21, 2006, which was just 17 days prior to the sentencing date.

The defendant later sought to continue the September 7th sentencing hearing, and without objection by the government, the court granted that request, setting a new sentencing date of November 16, 2006.

In light of the new date, defense counsel simply forgot that the court had previously ordered sentencing papers to be filed by August 21st. The government has already filed its papers. With this motion, the defendant is submitting his sentencing papers for the court's acceptance. There remain still two months before the sentencing date.

Should the court grant the defendant's request, the government seeks ten business days to file any response.

Counsel has spoken to Steven J. Durham, the Assistant United States Attorney handling this case and has received authorization from him to file this joint motion on behalf of the parties.

                                                 Respectfully Submitted
                                                 SIMON KARERI
                                                 By Counsel

Counsel for the Defendant:

_____
Jonathan Shapiro
Law Office of Jonathan Shapiro, P.C.
910 King Street
Alexandria, Virginia   22314
(703) 684-1700
Admitted Pro Hac Vice

_____
Christopher G. Hoge
DCB # 203257
Crowley, Hoge and Fein, P.C.
1710 Rhode Island Avenue, N.W.
Suite 700
Washington, D.C.   20036
(202) 483-2900

Local Counsel

## Certificate of Service

I hereby certify that a true copy of the foregoing motion was mailed this \_\_th day of September, 2006, to Steven Durham, Assistant United States Attorney, 555 4th Street, N.W., Washington, D.C., 20530.

_____
Jonathan Shapiro