## Table 30

### §5K1.1 SUBSTANTIAL ASSISTANCE DEPARTURE CASES: DEGREE OF DECREASE FOR OFFENDERS IN EACH PRIMARY OFFENSE CATEGORY[1]
### Fiscal Year 2005, Post-*Booker* (January 12, 2005, through September 30, 2005)

| PRIMARY OFFENSE | n | Median Sentence in Months[2] | Median Decrease in Months From Guideline Minimum | Median Percent Decrease From Guideline Minimum |
|---|---|---|---|---|
| TOTAL | 7,206 | 34.0 | 28.0 | 50.0 |
| Murder | 6 | 162.0 | 210.0 | 62.4 |
| Manslaughter | 0 | -- | -- | -- |
| Kidnapping/Hostage Taking | 3 | 108.0 | 115.5 | 47.1 |
| Sexual Abuse | 3 | 28.0 | 18.0 | 39.1 |
| Assault | 10 | 45.0 | 17.0 | 27.1 |
| Robbery | 122 | 60.0 | 33.0 | 35.3 |
| Arson | 7 | 30.0 | 21.0 | 50.0 |
| Drugs - Trafficking | 4,566 | 48.0 | 38.5 | 46.2 |
| Drugs - Communication Facility | 45 | 12.0 | 15.0 | 60.0 |
| Drugs - Simple Possession | 11 | 2.6 | 10.0 | 56.3 |
| Firearms | 629 | 37.0 | 24.0 | 46.2 |
| Burglary/B&E | 1 | -- | -- | -- |
| Auto Theft | 8 | 16.5 | 19.0 | 46.9 |
| Larceny | 93 | 6.0 | 10.0 | 60.9 |
| Fraud | 726 | 0.1 | 12.0 | 99.3 |
| Embezzlement | 13 | 4.0 | 12.0 | 85.2 |
| Forgery/Counterfeiting | 64 | 2.0 | 10.0 | 87.1 |
| Bribery | 48 | 6.0 | 16.5 | 78.9 |
| Tax | 68 | 0.0 | 10.0 | 100.0 |
| Money Laundering | 172 | 11.4 | 21.0 | 63.7 |
| Racketeering/Extortion | 130 | 24.5 | 30.4 | 59.1 |
| Gambling/Lottery | 14 | 0.0 | 8.0 | 100.0 |
| Civil Rights | 8 | 14.0 | 11.5 | 40.4 |
| Immigration | 238 | 8.8 | 10.0 | 49.9 |
| Pornography/Prostitution | 37 | 41.0 | 20.0 | 30.2 |
| Prison Offenses | 8 | 2.0 | 5.0 | 66.7 |
| Administration of Justice Offenses | 101 | 0.0 | 12.0 | 100.0 |
| Environmental/Wildlife | 13 | 0.0 | 12.0 | 100.0 |
| National Defense | 5 | 0.4 | 18.0 | 98.0 |
| Antitrust | 6 | 4.5 | 7.5 | 72.9 |
| Food & Drug | 5 | 0.0 | 12.0 | 100.0 |
| Other Miscellaneous Offenses | 46 | 0.5 | 15.5 | 96.7 |

[1] Of the 53,674 cases, 7,524 received a §5K1.1 substantial assistance departure. Of these, 7,249 had complete guideline application information. An additional 28 cases were excluded due to several logical criteria. Of the remaining 7,221 cases, 15 were excluded due to one or both of the following reasons: missing primary offense category (0) or missing sentence information (15). Descriptions of variables used in this table are provided in Appendix A.

[2] Cases with guideline minimums of life or probation (i.e., sentence lengths of zero months) were included in the sentence average computations as 470 months and zero months, respectively, but were excluded from measures of decrease in the table.

SOURCE: U.S. Sentencing Commission, 2005 Datafile, USSCFY05, Post-*Booker* Only Cases (January 12, 2005, through September 30, 2005).


DEFENDANT'S EXHIBIT
A
ALL-STATE LEGAL

Table 30

## SUBSTANTIAL ASSISTANCE CASES: DEGREE OF DEPARTURE FOR OFFENDERS IN EACH PRIMARY OFFENSE CATEGORY[1]
Fiscal Year 2005, Pre-*Booker* (October 1, 2004, through January 11, 2005)

| PRIMARY OFFENSE | n | Median Sentence in Months[2] | Median Decrease in Months From Guideline Minimum | Median Percent Decrease From Guideline Minimum |
|---|---|---|---|---|
| TOTAL | 2,339 | 30.0 | 24.0 | 49.9 |
| Murder | 4 | 50.5 | 189.5 | 72.8 |
| Manslaughter | 0 | -- | -- | -- |
| Kidnapping/Hostage Taking | 4 | 79.5 | 91.0 | 48.4 |
| Sexual Abuse | 0 | -- | -- | -- |
| Assault | 2 | -- | -- | -- |
| Robbery | 42 | 35.5 | 21.0 | 36.4 |
| Arson | 1 | -- | -- | -- |
| Drugs - Trafficking | 1,401 | 45.0 | 36.0 | 44.4 |
| Drugs - Communication Facility | 11 | 20.5 | 24.0 | 57.4 |
| Drugs - Simple Possession | 2 | -- | -- | -- |
| Firearms | 279 | 36.0 | 20.0 | 47.6 |
| Burglary/B&E | 1 | -- | -- | -- |
| Auto Theft | 3 | 30.0 | 57.0 | 65.5 |
| Larceny | 27 | 0.0 | 12.0 | 100.0 |
| Fraud | 241 | 1.0 | 12.0 | 93.4 |
| Embezzlement | 5 | 12.0 | 6.0 | 33.3 |
| Forgery/Counterfeiting | 27 | 8.0 | 9.0 | 58.3 |
| Bribery | 4 | 0.0 | 10.5 | 100.0 |
| Tax | 17 | 0.0 | 10.0 | 100.0 |
| Money Laundering | 55 | 12.0 | 19.0 | 67.6 |
| Racketeering/Extortion | 42 | 36.0 | 32.0 | 49.8 |
| Gambling/Lottery | 3 | 0.0 | 8.0 | 100.0 |
| Civil Rights | 3 | 0.0 | 10.0 | 100.0 |
| Immigration | 93 | 12.0 | 12.0 | 47.8 |
| Pornography/Prostitution | 12 | 25.5 | 22.5 | 52.7 |
| Prison Offenses | 2 | -- | -- | -- |
| Administration of Justice Offenses | 28 | 0.0 | 12.0 | 100.0 |
| Environmental/Wildlife | 6 | 0.0 | 8.5 | 100.0 |
| National Defense | 0 | -- | -- | -- |
| Antitrust | 1 | -- | -- | -- |
| Food & Drug | 2 | -- | -- | -- |
| Other Miscellaneous Offenses | 21 | 0.0 | 12.0 | 100.0 |

[1]Of the 18,788 cases, 2,575 received a substantial assistance departure. Of these, 2,407 had complete guideline application information. An additional 58 cases were excluded due to several logical criteria. Of the remaining 2,349 cases, 10 were excluded due to one or both of the following reasons: missing primary offense category (0) or missing sentence information (10).

[2]Cases with guideline minimums of life or probation (i.e., sentence lengths of zero months) were included in the sentence average computations as 470 months and zero months, respectively, but were excluded from measures of decrease in the table.

SOURCE: U.S. Sentencing Commission, 2005 Datafile, USSCFY05, Pre-*Booker* Only Cases (October 1, 2004, through January 11, 2005).

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - -x
                    :

UNITED STATES OF AMERICA   :
                    :
   vs.             :  Docket No. 05-0313M-01(CR)
                    :  Docket No. 05-0320M-01(CR)
                    :  Criminal No. 05-0212-01
SIMON PETER KARERI      :
                    :
     Defendant     :
                    :  Washington, D.C.
- - - - - - - - - - - - - - -x  May 31, 2005

TRANSCRIPT OF PRELIMINARY AND DETENTION HEARING
BEFORE THE HONORABLE ALAN KAY
UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

For the Government:      STEVEN DURHAM, ESQ.
                        WILLIAM COWDEN, ESQ.
                        BARRY WIEGAND, ESQ.
                        CHAD SARCHIO, ESQ.
                        Assistant United States Attorney

For the Defendant:       JONATHAN SHAPIRO, ESQ.

                        TONY L. AXAM, ESQ.
                        Federal Public Defender Service

Proceedings recorded by the Court, transcript produced by
Pro-Typists, Inc., 1012-14th Street, N.W., Suite 307,
Washington, D.C. 20005, 202-347-5395, www.pro-typists.com
M9282/bf



DEFENDANT'S EXHIBIT
B
ALL-STATE LEGAL®

|   |   |
|---|---|
| 1 | DIRECT EXAMINATION |
| 2 | BY MR. SHAPIRO: |
| 3 | Q   Ma'am, in a nice, loud voice, will you give the Court |
| 4 | your name, and spell your entire name for the Court Clerk, |
| 5 | please? |
| 6 | A   Yes, my name is Anne Ganness, A-n-n-e, G-a-n-n-e-s-s. |
| 7 | Q   And how old are you, ma'am? |
| 8 | A   I'm 38. |
| 9 | Q   Are you related to Mr. Kareri? |
| 10 | A   He is my brother. |
| 11 | Q   All right.  Where do you live? |
| 12 | A   I live in Silver Spring, Maryland. |
| 13 | Q   And is that near Mr. Kareri? |
| 14 | A   About 10, 20 minutes away. |
| 15 | Q   Are you a United States citizen? |
| 16 | A   Yes, I am. |
| 17 | Q   For how long? |
| 18 | A   For two, three years now. |
| 19 | Q   And how long have you been in the United States? |
| 20 | A   Since 1986. |
| 21 | Q   All right.  Are you employed? |
| 22 | A   Yes, I am. |
| 23 | Q   And what is it that you do? |
| 24 | A   I work for Marriott Hotel. |
| 25 | Q   Okay.  Married? |

```
 1  A    Marriott.

 2  Q    Yes, and are you married?

 3  A    Yes, I am.  Yes, I am.

 4  Q    Do you have any children?

 5  A    I have one.

 6  Q    How old is your child?

 7  A    She is 15.

 8  Q    She lives with you?

 9  A    Yes, sir.

10  Q    And that is Mr. Kareri's niece, then, is that correct?

11  A    Yes.

12  Q    Now, do you have other relatives who live in the

13  Washington area?

14  A    Yes, I do.

15  Q    And are some of them here in the courtroom?

16  A    Yes, they are.

17  Q    Could you tell the Court who is here?

18  A    I have my brother.  James.

19  Q    And who is that?

20  A    James Simon.

21  Q    All right, anyone else?

22  A    James Mbuthia, and I have my brother-in-law, Teggah

23  (phonetic), and I have my sister, Katherine.

24  Q    All right.

25  A    And I also have a niece, Esther Washington.
```

```
 1   Q    All right.  And the other folks who are sitting here.
 2   Do you know who they are, as well?
 3   A    Yes, they are friends.
 4   Q    Friends of Mr. Kareri's?
 5   A    Friends of Mr. Kareri's.
 6   Q    All right.  How often do you see Mr. Kareri?
 7   A    I see my brother all the time.
 8   Q    Which would mean?
 9   A    Weekend -- he stays with the children for the weekend
10   sometime, we stay with his children.  We visit each other
11   a lot.
12   Q    All right.  And I want to ask you, as well.  You're
13   aware, from the newspapers at least, that Mr. Kareri has
14   legal problems in this country.
15   A    Yes, sir.
16   Q    All right.  Has he ever indicated to you or in your
17   presence that he was going to leave this country, flee the
18   country?
19   A    No, sir.
20   Q    Do you believe that he would do that to avoid
21   prosecution here?
22   A    Absolutely not.
23   Q    Why do you say that?
24   A    Because I know my brother.  He loves this country.
25   This is where he want his children to grow up.
```

1   Q    His children are -- you've heard the prior witness

2   describe who his children are.  Are you close to his

3   children?  That'd be your nieces and nephews, as --

4   A    Yes, I am.

5   Q    All right.  Has Mr. Kareri ever said anything about

6   where the future of his children lies?

7   A    Here in America.

8   Q    Here in the United States?

9   A    Yes, sir.

10  Q    All right.  Does Mr. Kareri, if you know, have

11  involvement with his children's schooling here?

12  A    Yes.

13  Q    In what respect?  Tell --

14  A    Well, he goes to PTA meetings, all the meetings he

15  attend, even his nephews and nieces he attend meetings, and

16  he's involved in every -- all the nieces and nephews life

17  and that.

18          MR. SHAPIRO:  I have no further questions, Your

19  Honor.

20          THE MAGISTRATE JUDGE:  All right.  Mr. Wiegand?

21                    CROSS EXAMINATION

22  BY MR. WIEGAND:

23  Q    Would you pronounce your last name for me again,

24  please?

25  A    GONE-ESS (phonetic).

1   Q    GONE-ESS?

2   A    Yes.

3   Q    Ms. Ganness, do you and the other members of your

4   extended family, do you occasionally take care of your

5   brother, Mr. Kareri's, children?

6   A    Yes, we do.

7   Q    If when, for example, Mrs. Kareri goes out of town

8   for, say, a few days, do you take care of the kids

9   sometimes?

10  A    Sometimes, yes.

11  Q    Now, not to put too fine a point on it, but I take it

12  you're a touch younger than your brother?

13  A    Yes, I am.

14  Q    Is your brother the oldest in the family?

15  A    He is the oldest in the family.

16  Q    And so he would be the one who came to the United

17  States first, would that be right?

18  A    Yes, sir.

19  Q    And then you and your other family members who came to

20  the United States and got to be citizens, you came in on,

21  sort of, his citizenship dime, is that right?

22  A    Yes, it is.

23  Q    Did you know that your brother was planning on buying

24  some property overseas?

25  A    Well, I don't ask those questions.

1    Q    I'm sorry?

2    A    I never ask those questions.

3    Q    Thanks very much.  I'm sorry for your trouble, ma'am.

4            MR. SHAPIRO:  I have no further questions of this

5    witness, Your Honor.

6            THE MAGISTRATE JUDGE:  All right.  You may step

7    down, Ms. Ganness.

8            MR. SHAPIRO:  I would call Mr. Kareri's brother,

9    James.  Is he in the courtroom?  I think this will be the

10   last witness that I call, Judge.  I will proffer the rest

11   of the testimony.

12           THE MAGISTRATE JUDGE:  All right.

13   JAMES MBUTHIA WAS SWORN AND TESTIFIED AS FOLLOWS:

14                        DIRECT EXAMINATION

15   BY MR. SHAPIRO:

16   Q    Sir, please tell the Judge your full name and spell

17   your full name for the Court Clerk.

18   A    My name is James Mbuthia.  My last name is spelled

19   M-b-u-t-h-i-a.

20           THE CLERK:  M-b?

21           THE WITNESS:  U-t-h-i-a.

22   BY MR. SHAPIRO:  (Resuming)

23   Q    You're the brother of Mr. Kareri?

24   A    Yes, I am.

25   Q    How old are you, sir?

1    A    I'm 42 years old.

2    Q    All right.  What is your status in this country?

3    A    I'm a permanent resident.

4    Q    Speak into that.

5    A    Thanks.

6    Q    You're a permanent resident?

7    A    Yes, I am.

8    Q    Is it your intention to stay in the United States?

9    A    All of us, yes.

10   Q    All right.  That goes for everyone in your family

11   who's not a U.S. citizen?

12   A    Yes, including our Mom, Simon already applied the

13   green card for her and she will be joining us.  We only

14   have our Mom left in our country, so we wanted her to come

15   also to stay with Mr. Kareri.

16   Q    All right.  And then that's it for the relatives in

17   Kenya?

18   A    Yes.

19   Q    All right.  How long have you been in the United

20   States?

21   A    Eighteen years.

22   Q    All right.  And what is it that you do here?

23   A    I'm a businessman.

24   Q    What do you do?

25   A    I own restaurants, two restaurants.

1    Q    All right.  And where do you live, sir?

2    A    I live next to my sister's house.

3    Q    In Silver Spring?

4    A    In Silver Spring.

5    Q    So you two --

6    A    We are neighbors.

7    Q    You're right next-door to your sister.

8    A    Yes, right next-door to my sister.

9    Q    So you're also just minutes away from Simon's home.

10   A    Yes.

11   Q    All right.  And you're married?

12   A    Yes, I am.

13   Q    Do you have children here?

14   A    Yes, I have three children.

15   Q    And what their ages?

16   A    Seventeen, ten and five.

17   Q    All right.  Now, do you visit with your brother?

18   A    On occasion, once in a while when I'm not busy,

19   because I'm usually at work --

20   Q    All right.

21   A    -- most of the time.

22   Q    What about your kids?  Your children?

23   A    My kids do most often.  They visit each others once in

24   a while.

25   Q    So your children may go to his home?

```
1   A    They go, yeah.

2   Q    Or his children may come to your home?

3   A    Right.

4   Q    All right.  Now, I want to ask you the same questions.

5   You're aware of Mr. Kareri's legal problems?

6   A    Yes, I am.

7   Q    All right.  Has he ever told you that he was planning

8   on leaving the country to avoid prosecution?

9   A    No, sir.

10  Q    Has he ever indicated -- have you ever seen any

11  evidence that he intended to do that?

12  A    No.  He would let me know.  I'm his brother.  I should

13  know.

14  Q    All right.  Now, you've been here for a long time and

15  so has Mr. Kareri.  Is it fair to say that he has

16  established his life here in the United States?

17  A    Yes.  Actually all of us in our family.  That's the

18  reason why we wanted to get our Mom to join us, because she

19  is getting too old and she is having, you know, sometimes

20  she's ill here and there, and we --Mr. Kareri wanted her to

21  be close to all of us.

22  Q    All right.

23           MR. SHAPIRO:  I have no further questions of this

24  witness, Your Honor.

25                      CROSS EXAMINATION
```

```
 1  BY MR. WIEGAND:

 2  Q    Sir, did you grow up in Kenya?

 3  A    Yes, I did.

 4  Q    Did your brother, Mr. Kareri, grow up in Kenya?

 5  A    Part of his life, yes, he did.

 6  Q    When did he come to the States?

 7  A    Well, I was young.  I can't exactly remember what

 8  year, but I was young.

 9  Q    Well, do you remember about how old he was?

10  A    Probably a teenager.  I don't know exactly how old he

11  was, but he's been here a way much longer than I have been.

12  Q    Now, you talked about your Mom.  She's still in Kenya?

13  A    Yes, she is.

14  Q    And your Mom, she wasn't an only child, was she?

15  A    I'm sorry?

16  Q    She was not an only child, was she?  She had brothers

17  and sisters, your Mom?

18  A    Yes, they're all almost -- we only have one left.

19  Everybody else is old.  They all passed away.

20  Q    And you have cousins in Kenya, do you?

21  A    Yes, we do.

22  Q    Do you have cousins in the United Kingdom, in England?

23  A    No.

24  Q    Okay.

25  A    Probably from my wife's -- from my Simon's Kareri
```

1   family, but no one I know.  No, none of I know.

2   Q    Okay.  Now, you know your sister-in-law, Mrs. Kareri.

3   A    Yes, I do.

4   Q    She's not from Kenya, is she?

5   A    She is not.

6   Q    Do you remember where she's from?

7   A    Sierra Leone, I think.

8   Q    Another country in -- another country in Africa, is

9   that fair to say?

10  A    Yeah, it's in west Africa.

11  Q    And she has family there?

12  A    She does, yes.

13  Q    Okay.  Now, I'm not sure about this.  Is it true that

14  when you were growing up, at least, if you were a national

15  of Kenya you could also become entitled to a United Kingdom

16  passport?

17  A    That was like way ago, long time ago.  Not any more.

18  Q    So your brother was never entitled to a United Kingdom

19  passport?  Or do you just not know?

20  A    No, not that I know of, no?  I don't think so, no.

21  Q    Now, did you know, did your brother tell you that he

22  and his wife were sending a million dollars off to

23  Luxembourg earlier this month?

24  A    Well, that's their personal business.  They should --

25  they didn't tell me anything like that.

1  Q    Okay.  So --

2  A    They don't tell me something like that.  I don't

3  expect anybody to do that.  To tell me their personal

4  business.

5  Q    You mean like you wouldn't expect them to tell you

6  their personal business about leaving the country to, say,

7  flee from prosecution?

8  A    That I would, because I will be responsible for their

9  kids and the rest.  I would.

10 Q    So they'd tell you --

11 A    If they are trying to make an investment in another

12 country, I don't see there's anything wrong with that.

13 Q    I didn't say there was anything wrong with it.  I

14 asked you if they told you about it, and I take it that

15 what you're saying is, they'd tell you if they were running

16 off to dodge the law but they wouldn't tell you if they

17 were putting in a million bucks in Luxembourg.

18 A    They didn't tell me that.

19        MR. WEIGAND:  I don't believe I have any further

20 questions.

21        MR. SHAPIRO:  I have no further questions.

22        THE MAGISTRATE JUDGE:  All right.  You may step

23 down, Mr. Mbuthia.

24        MR. SHAPIRO:  With the Court's permission, I'll

25 just make a quick proffer of testimony that some of the

1 | other folks who are here, Judge.

2 |        Elizabeth Ollo (phonetic), who is here,

3 | Elizabeth.  Would testify, Judge, she's 45 years old, been

4 | in the United States for 23 years, works at the World Bank

5 | for the past 11 years.  She's known Mr. Kareri since 1994.

6 | She'd tell the Court they met through a political

7 | organization and have been in touch every since then.

8 |        She was the one who introduced Mr. Kareri to his

9 | wife, Nene, and that was in 1995, Judge.  Nene's been a

10 | friend since 1990.  Simon Kareri married his wife in 1997,

11 | Ms. Ollo would tell you, and she's been very close to him

12 | since then.  She's always been close to Nene Kareri and she

13 | would tell the Court that since Mrs. Kareri's arrest, which

14 | was Thursday, I believe, through today, is the longest time

15 | they have ever gone without speaking to each other.  They

16 | usually talk two to three times a day.

17 |        She visits them, the Kareris home, frequently,

18 | at least every two weeks.  Their children are close -- or,

19 | excuse me, she's close to their children.  She would tell

20 | the Court that they have adopted a child, who was 16, who

21 | is now 17.  This was a child who was injured in a school

22 | bus accident overseas.  Her leg and arm, I am told, were

23 | not properly set.  Her hip was broken.  She'd tell the

24 | Court that Mr. Kareri arranged for her to come to the

25 | United States for surgery, and they adopted her.

1        She'd tell the Court, as the other witnesses
2   have, Judge, she's aware of Mr. Kareri's legal problems.
3   He's never expressed any desire to leave.  She's not aware
4   of any evidence that the family was preparing to leave.
5   And she would tell the Court if that were to happen, Nene,
6   her closest friend, would have told her.
7        Also, Judge, in the courtroom is Katherine, who
8   is Mr. Kareri's sister.  She would tell you that she works
9   at Holy Cross Hospital in Silver Spring.  Her last name, by
10  the way, Your Honor, is spelled N-j-u-g-u-n-a, to the
11  extent the record needs that.  She is a U.S. citizen since
12  2001, lived in this country since 1991.  A registered
13  nurse, holds a license for that.  She too lives in Silver
14  Spring.  She also is married, with four children, all U.S.
15  citizens.
16       She would tell the Court she keeps in close
17  contact with Mr. Kareri.  He is the one to give advice.
18  She says, "We go to him for everything."  She would tell
19  the Court she visits with him frequently.  The children are
20  all friends.  The Kareris house is basically an open house;
21  everyone visits there.
22       He's never said anything about wanting to leave
23  the country, and she would tell you that this is what he
24  calls home.  That it's imperative for him to be here
25  because of his children, and the fact that he wants to

1   educate them here.

2         Judge, there are others in the courtroom -- I

3   don't need to go through it. They would tell the Court the

4   same thing. And I apologize to those who have come here to

5   testify who have not had the opportunity, but I'd proffer

6   that to the Court, in a concession to the shortness of

7   life.

8         And that, Your Honor, is -- I would also proffer,

9   Judge, to the extent these facts have not been placed on

10   the record, and I think the Court knows that Mr. Kareri,

11   who holds a U.S. passport, surrendered it to the United

12   States some six or nine months ago. And Mr. Kareri, who of

13   course is a U.S. citizen, has lived in the United States

14   since 1978. He worked at Riggs Bank for ten years. He has

15   been a United States citizen for the past 12 or 13 years.

16         He has no criminal record. There's no indication

17   that he abuses drugs or uses drugs illegally. There's no

18   violence in his past. There's no domestic dispute, there

19   is nothing, Judge. Aside from these allegations, which are

20   allegations, he is as clean as a whistle.

21         THE MAGISTRATE JUDGE: Thank you, Mr. Shapiro.

22         MR. SHAPIRO: Thank you, Judge.

23         MR. WEIGAND: Well, Your Honor, we've certainly

24   established that the Defendant is a family man. He's got

25   lots of them, many of them are here, and he is the sort of