FROM THE DESK OF J.K. MUKIRA

August 15, 2006

Judge Ricardo M. Urbina
United States District Court
C/o Jonathan Shapiro
Attorney At Law
910 King Street
Alexandria, Virginia 22314

Dear Sir:

RE: **SIMON PETER KARERI**

My name is James K. Mukira. I am a professor of Computer Information Systems and Economics at Strayer University in Washington, DC. I am writing to you on behalf of my friend, Simon Peter Kareri.

I have known Mr. Kareri since 1987. Since then, he has become my best friend. I am also the Godfather to his daughter (Esther). Our children have grown together. For all the years that I have known Mr. Kareri, he always exuded warmth, sincerity and a strong commitment to his professional duties, his family, and his friends.

Mr. Kareri migrated to the USA in 1978. He has since become an American citizen. He loves his adopted country with a sincere passion. Mr. Kareri would not wish to live elsewhere other than the USA. He wants, like the rest of us, what is best for his children: and that means growing up and living in the USA. Since Mr. Kareri came back home, he has been consumed with taking care of his health and family under extreme financial difficulties. I am confident that he will once again contribute positively to our community and society.

As you ponder and deliberate on Mr. Kareri's legal fate, I appeal to you, to please reflect on the psychological trauma that his family—and especially his two little children have suffered to date. I trust that fairness and leniency will find their way to your heart, mind, and judgment.

Sincerely,

James K. Mukira
CIS/Economics Professor,
Strayer University

4804 MERCURY DRIVE • ROCKVILLE, MD • 20853
PHONE: 301-942-3339 • FAX: 301-946-5387



DEFENDANT'S EXHIBIT C

6312 Gibraltar Court
Bowie, MD 20720

To                                          August 19, 2006

**Judge Ricardo M. Urbina**
**U.S. District Court**
**C/o Mr. Jonathan Shapiro**
**910 King Street**
**Alexandria, Virginia 22314**

Dear Honorable Judge Urbina:     **Re: Support for Mr. Simon Kareri.**

I am a 53 ½ years old Cameroonian. I came into the USA in 1997 as First Counselor for the Embassy of Cameroon. I am presently a Minister Plenipotentiary in Cameroon's diplomatic corp. Even though in 2000 my wife and I became permanent residents I am still working at the Embassy of Cameroon. I have served the Cameroon Government, as a diplomat, in Germany and the United Kingdom. I also own shares in a number of businesses in Cameroon. My wife and I own our house here in Maryland.

I have known Mr. Kareri since I came to Washington in 1997 and he became my banker at the then Riggs Bank. I benefited extensively from his counsel, including guidance on where to get the most value for the dollar even for such things as groceries. Mr. Kareri is very attached to his family. In diplomatic circles he interacted with people of different levels and showed a lot of respect and attention to details. He came across as very hard working, honest and trustworthy. Thus some diplomats who are no longer based in the USA continued to rely on him to manage the payment of the school needs of their children studying here.

Since Mr. Kareri's release from detention I have spoken with him a number of times. He does not harbor bitterness against those who detained him. He argues that they were only doing their work the best way they know how to. Mr. Kareri is simply eager to rebuild his career, and above all, strife to ensure the welfare of his family. He assures me that in spite of the sometimes hash conditions during his 10 months of detention; this has caused him to be more focused on the greater goals of life. He is anxious to put this difficult episode in his life behind him and move forward. I share in that conviction.

I therefore plead with you, Honorable Judge Urbina, to show mercy to Mr. Kareri who has lost so much and to re-instate him in all his civil rights.

Sincerely,

Crecy C. Tawah


DEFENDANT'S EXHIBIT D

**SOILS CONTROL INTERNATIONAL™**
CONTROLLING THE SOILS OF THE WORLD ™

PO Box 200117, Austin, Texas 78720 USA
**Tel:** 254-526-5550 – **Fax:** 512-837-8882 – **Email:** info@soilscontrol-usa.com

August 16, 2006

Judge Ricardo M. Urbina
U.S. District Court
C/o Mr. Jonathan Shapiro
910 King Street
Alexandria, Virginia 22314

<b>Re: Mr. Simon P. Kareri</b>

Dear Honorable Urbina:

I am Martin Wuno residing in Beltsville Maryland. I am _45 years old, married and a father of two children. I graduated from Minnesota State University at Mankato with a Bachelors degree in Sciences and a Masters in Business Administration from Metropolitan State University Minneapolis/St Paul Minnesota. I am the Vice President in-charge of the African Region for Soils Control International Inc. (based in Texas).

I have known Mr. Simon Kareri and his family since 1996 and we became not only good friends but a family. I am also the godfather of Simon's son, Andrew. In the last 10 years I have come to know Simon well, first as a family man. For years, he would hurry home after working long hours at the bank to meet his wife and kids in order to have dinner with them and help out with their home work before they went to bed. On week-ends he spends time taking the kids to activities and playing with them and will occasionally invite my children to come over and play with his kids. In fact we are a family.

Simon is a man of good moral character and a true patriot of this nation. He always took his job seriously and had never been in trouble with the law. He is a kind hearted man who on many occasions will go out of his way to help people. Simon is well respected not only in this country but in many others including my country of birth, where many who know him have always had nothing but praise for him.

Simon's 10 months incarceration just 6 months ago was very devastating and heart-breaking to his family. His wife Nene vowed to remain strong but occasionally is overwhelmed by the episode. She is stressed and very often falls ill. This is a difficult situation since they have no health insurance and both Simon and Nene have health issues that require physician monitoring and medications. The children are happy to have their daddy back but continue to wonder what happened that unusually their daddy went away for such a long time. Since Simon's return home he has endeavored to fill the gap especially comforting his wife who is frail.

Your honor, this letter is addressed to you on behalf of my best friend Simon Kareri. With great respect for your judicial temperament I am pleading that you put a positive closure to this case because of all the above reasons. Simon is no danger to this society and has never been. He possesses the intellect and moral rectitude to be part of this



DEFENDANT'S EXHIBIT E

positive society. As the first male child of his family, he carries the entire family burden according to his African heritage. He has done nothing but praises the USA and in his personal efforts has brought some of his siblings to this country. They are now productive US citizens. I am therefore pleading that you consider Simon's positive contribution to this society and keep him home rather than in jail.

Most respectfully,

Martin Wuno
Vice President
African Region

2