**JOHN I. MEYER**

The Honourable Judge Ricardo M.Urbina
U.S. District Court
Washington D.C.
U.S.A.

August 15, 2006

My name is John.I.Meyer: 60 years old, dutch citizen, living in Paris, France.
Professionally I am a mediator, politically and economically between the European
Commission/ the European Parliament on the one side and a number of African countries on
the other side.

Often my duties bring me to Washington and New-York to coordinate with the US State
Dept.and the U.N.

I met Mr Simon Kareri for the fisrt time in 1994 and many times since, also having been
introduced to his lovely family, to which he is totaly dedicated.

I have come to highly appreciate the valuable insight and advice that Mr Kareri has been
willing to share with me on African topics and I value up till this very moment his integrity
and his commitment to development issues in those poor countries .

It is therefor, Your Honour, that I have taken the liberty to appeal to you for leniency in
Mr.Kareri's case and thus allow and enable him to function as a free man for his family and
just causes forthwith.

Meanwhile I remain,
Sincerely yours

John.I.Meyer



DEFENDANT'S
EXHIBIT
F

3, RUE D'AMBOISE - 75002 PARIS - FRANCE - TÉL. : (33.6) 946.2184 - FAX : (33.1) 4261.0002 - E-mail : johnimeyer@cs.com

August 11, 2006

Judge Ricardo M. Urbina
U.S. District Court
C/o Mr. Jonathan Shapiro
910 King Street
Alexandria, Virginia 22314

Dear Sir:

My name is Gideon Akunji, I am a pharmacist and the owner of Phamily Pharmacy here in the District of Columbia. It is my pleasure and honor to write this letter to you on behalf of my friend Simon Kareri. I am 44 years old, and married with 4 children.

I have known Mr. Kareri for many years and I am pleased to say that his reputation has always been high in our community. Mr. Kareri is a humble person, very well liked and always very helpful to those in need of his assistance. Mr. Kareri is a wonderful father and husband and fully committed to his family. He is honorable, law abiding and has always been a good example in many ways to the immigrant community in this country. We have common friends and everyone likes and respects Mr. Kareri.

The experience Mr. Kareri endured in jail has humbled him even more and he is now focused on taking care of his family and I, like most others of kareri's friends, am willing to assist him in this regard.

Honorable, as you decide Mr. Kareri's case, I plead for your mercy on him. He has suffered so much and his children have been traumatized . I humbly ask that you give him a chance to rebuild his life with his family and his friends. I can assure you that Mr. Kareri will not be a disappointment to you. He will not make a mockery of your lenient decision but will use it as a gift to redeem himself and become a productive citizen again. Once more I pray that your heart will show mercy on him.

Thank you in advance for your positive decision and we look forward to supporting our friend to reclaim his rightful place in this country.

Sincerely,

Dr. Gideon Akunji



DEFENDANT'S EXHIBIT

G