UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

SEP 2 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

-vs-  Criminal No. 05-212-01 (RMU)
**UNDER SEAL**

SIMON P. KARERI

ORDER

Upon the joint motion of the defendant and the United States, it is hereby ORDERED that the Defendant's Position on Sentencing submitted along with this Motion be accepted as timely filed, and further, that the government may file any response within ten business days.

_____
UNITED STATES DISTRICT JUDGE

Entered: September 25, 2006

