# ASTECH GROUP, LLC

ACCOUNTING • TAXATION • BUSINESS MANAGEMENT

August 11, 2006

Judge Ricardo M. Urbina
U.S. District Court
C/o Jonathan Shapiro
Attorney At Law
910 King Street
Alexandria, Virginia 22314

Dear Honorable Urbina:

I am honored to write this letter to you on behalf of my good friend Simon P. Kareri. My name is Kovi F. Sedjro. I am a Business Consultant and the president of Astech - Group, LLC, an accounting and consulting company based in Maryland. I am 44 years old, married with 4 children.

I have known Mr. Kareri since 1995 and our relationship has grown significantly since then. Over the years, I have witnessed his commitment to his work, family and friends. We socialize together and I have never witnessed anyone to say an unkind word regarding him. Mr. Kareri is an honest, religious and generous person. He has always lived a simple life and gives continuously to others. I have never known him to say "no" to a needy person.

Since Mr. Kareri came home from jail, he has been taking care of his family and looking for employment. This has not been easy since his reputation has been affected by this case. I therefore invited him to join my company as a consultant and we are working together to increase business.

Your honor, I would like to appeal to you for leniency as you decide Mr. Kareri's future. While Mr. Kareri does not complain or feel sorry for himself, he takes full responsibility for his life, actions and seeks only to take care of his family. Mr. Kareri's incarceration was a life changing experience and he is more committed to his family and friends. Mr. Kareri loves this country and regrets violating its laws after spending all his years here without any blemish. I pray that you will be kind and be lenient with Mr. Kareri. I pray that you will deem him necessary to be in the community rather than behind bars as I am totally confident that he has a lot to offer to society.

I thank you in advance for your consideration and look forward to your restoring our friend to our lives.

Sincerely,

*[signature]*

Kovi F. Sedjro

DEFENDANT'S
EXHIBIT
H

9332 Annapolis Road Suite 206 • Lanham, MD 20706 • Telephone: 301.429.3114/3004 • Facsimile: 301.429.3115

**CRAWFORD & ASSOCIATES**
*Attorneys At Law*
P.O. BOX 961
MAIN STREET
Laurel, Maryland 20725

TELEPHONE: (202) 723.3075   FACSIMILE: (301) 317.8973
Email: carriecrawfordlaw@cablespeed.com

August 11, 2006

Honorable Ricardo M. Urbina
U.S. District Court
C/o Jonathan Shapiro
910 King Street
Alexandria, VA 22314

                            RE: Simon Kareri

Dear Judge Urbina:

I am writing this appeal on behalf of Simon Kareri, a gentleman I have known for more than ten (10) years now. I have been engaged in the practice of law since 1990 through licensure from the states of Maryland and the District of Columbia. Mr. Kareri and I had the opportunity to meet due to our mutual interest and connections in the area of international law and African affairs.

During the years in which I have known Mr. Kareri, I have always been greatly impressed with his professionalism and the high esteem in which he obviously was held by colleagues and others. He has always shown himself to be a man of integrity and genuine concern for others less fortunate.

In whatever circumstances he finds himself today, I firmly believe that he remains an asset to this community and certainly his entire family. I would submit that any violation of law which may have occurred in this instance was and is an aberration and does not reflect the ultimate character of this man. I know, for example, how he selflessly helped a young family member come to the U.S. for medical care after she was badly burned in her country. In addition, I have observed that he continues to assist other people in need since he came home from jail without any regard for his personal situation.

We would respectfully ask that any considerations which may be made to enable Mr. Kareri to remain with his family and move on with his life be granted in that regard.

Very truly yours,

*[signature]*

DEFENDANT'S EXHIBIT I

Carrie Crawford

## INSTITUTE FOR DEMOCRATIC STRATEGIES

911 DUKE STREET
ALEXANDRIA, VA 22314
TEL (703) 739-4224
FAX (703) 739-4232
demstrat@ids-us.com

August 17, 2006

Dear Judge Urbina:

I am writing on behalf of Mr. Simon Kareri, someone I have known both personally and professionally since 1995. I feel compelled to write to you because during the whole Riggs Bank fiasco, statements in the media, testimony before congressional hearings and allegations by the prosecution at hearings I attended failed to reflect anything resembling the man I have known. In fact, at no time during this long ordeal has Mr. Kareri's views been taken into account on the serious matters that became the object of so much public focus. This has been troubling to the friends of Mr. Kareri because he is the only one in this whole affair who served jail time—in the D.C. City Jail no less—and has had his personal and family funds confiscated by the government.

Let me introduce myself. For fifteen years I worked at Freedom House, a human rights organization, eventually running it for six and a half years and then went on to become the President of the International Republican Institute, an organization dedicated to strengthening democracy abroad. For the past 11 years, I have been the President of the Institute for Democratic Strategies, a non-profit organization engaged in advocating for democratic change abroad with a particular focus on what we used to call the developing world. It was through our mutual interest in development issues in Africa that Mr. Kareri and I came to know each other and later in our separate work on Equatorial Guinea came to be friends.

I thought so highly of Mr. Kareri that I wrote a letter of recommendation for him when he and his wife Nene sought to adopt their daughter Teresa several years ago. Since he was incarcerated, I have become acquainted with his extended family and have become further impressed by the love, affection and support they have shown toward Simon during this traumatic episode in his life. As the eldest in his family, by African tradition, he has the responsibility of managing his father's inheritance for the benefit of his siblings and looking out for their welfare. I was deeply impressed by his family's unstinting support for Simon and Nene, his wife, when they were in jail and the care they took of his children, who had been badly affected by this whole affair.

The Simon Kareri I know has done countless good deeds for the larger community in the Washington, D.C. area. In his professional capacity as manager of embassy accounts at Riggs Bank, he provided an invaluable service to the African diplomatic community by facilitating the purchase of embassy properties, ensuring that utilities were not cut off to the poorer countries such as Mauretania and even buying groceries from Costco for diplomatic families and friends. In my experience, Mr. Kareri was considered the "best friend" of Africa in Washington because of his unselfish service that went way beyond the mundane responsibilities of a banker.

1

DEFENDANT'S EXHIBIT J

One particular episode exemplifies this attitude of service. When Eritrea was nearing independence, Eritreans from all walks of life contributed funds, sometimes just spare change, to an account Simon helped established so the new country could have an embassy, even though it could not afford one. Simon Kareri was the one who had the patience to see this project through to completion and made sure those funds were accounted for and that the Eritrean community could be proud of its new embassy.

When the people of the Western Sahara approached the Institute for Democratic Strategies to set up workshops on international economics and possible policies they should adopt for an independent country after a United Nations referendum (that still has not happened). I turned to Simon who organized the workshop with top economists from the IMF and other multinational organizations. This was done without any business consideration by Simon and on his own time.

To give you some idea how Mr. Kareri is regarded, let me tell another story. When the new government of Kenya was elected after years of the arap Moi Administration, Nairobi approached Simon to become head of the Kenyan National Bank, a position I urged him to take. Kenyan officials told me they considered Simon because of his experience, knowledge and, above all, his honesty. This was only about a year before the whole Riggs Bank scandal broke. He told me that he was not old enough and that he had a few more years of work to do in the United States before he would consider such a post.

In his professional dealings with Equatorial Guinea, which has drawn most of the media attention, he was one of the few forces in the United States who in direct conversations with President Obiang Nguema and his cabinet urged them to adopt a more transparent form of accounting so as to ward off corruption. When he and I started work in Equatorial Guinea, all government salaries were paid in cash and as a result ministers often skimmed off the salaries of their employees. Mr. Kareri was instrumental in bringing Equatoguineans to the United States to learn proper accounting methods and finally succeeded in at least convincing that country to modernize its whole financial system. On his own time, Mr. Kareri developed plans for a Fund for the Future, which would put aside that country's oil revenues for use on social projects. He did this *pro bono*, despite testimony by Riggs officials before the U.S. Senate that it was the bank's idea.

As far as I know, Mr. Kareri's only violation of law prior to this whole episode was a parking ticket he received in Alexandria when he came to consult with his attorney. Contrary to the impression conveyed in the media of an unscrupulous banker, I have always found Mr. Kareri's advice on matters financial to be extremely conservative and prudent. I have seen him act this way with his clients, warning them off more dubious actions and trying to educate them in the process of proper procedures.

I know you have received countless claims by friends of defendants that the defendant is a good family person. This case is no exception. Simon Kareri is both a

2

good husband and a devoted father. His absence from his family has been particularly trying for his young son. As the eldest of his family, he has been exemplary in terms of caring for his extended family and his elderly mother. His mother had to be hospitalized because of this ordeal.

I would hope you would take my comments into account in your consideration of Mr. Kareri's case. Mr. Kareri suffers from high blood pressure and ulcerative colitus. He has already lost his ability to progress further in the financial and banking field, now that he will be pleading guilty to certain crimes. The public statements concerning him have already tarnished his once considerable reputation to the wider world. He has had to serve time in the D.C. City Jail among the general population. And he has had his personal funds, including his retirement accounts, confiscated by the Government. Remarkably, I find he is not bitter about this and looks forward to continuing his life with his wife and children. I can not see any possible good that could come from his serving any more time in jail. Furthermore, given the whole Riggs scandal, I can not see how any form of justice could be served by recommitting him to prison.

I would expect that we will hear only good things come from a Mr. Simon Kareri when is free from this whole affair and can use his talents to better our community and our world.

With my highest regards to you personally,

I am respectfully,

*[signature]*

R. Bruce McColm

3