UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

       -vs-                                      Criminal No. 05-212-01 (RMU)
                                              **UNDER SEAL**

SIMON P. KARERI

## DEFENDANT'S SUPPLEMENTAL SUBMISSION ON SENTENCING

      SIMON P. KARERI, by counsel, hereby submits two additional letters for the court's consideration.

                                                           Respectfully Submitted
                                                           SIMON KARERI
                                                           By Counsel

Counsel for the Defendant:

/s/ Jonathan Shapiro

Jonathan Shapiro
Law Office of Jonathan Shapiro, P.C.
910 King Street
Alexandria, Virginia 22314
(703) 684-1700
Admitted Pro Hac Vice

/s/ Christopher G. Hoge

Christopher G. Hoge
DCB # 203257
Crowley, Hoge and Fein, P.C.
1710 Rhode Island Avenue, N.W.
Suite 700
Washington, D.C. 20036
(202) 483-2900

Local Counsel

## Certificate of Service

I hereby certify that a true copy of the foregoing motion was mailed this 6th day of November, 2006, to Steven Durham, Assistant United States Attorney, 555 4th Street, N.W., Washington, D.C., 20530.

*Nancy Barkume for*
_____
Jonathan Shapiro