Sumayyah Milstein
8144 Mandan Terrace
Greenbelt, MD 20770

October 2nd, 2006

Judge Ricardo M. Urbina
U.S. District Court
C/o Jonathan Shapiro
Attorney At Law
910 King Street
Alexandria, Virginia 22314

Dear Judge Urbina:

My name is Sumayyah Milstein of Greenbelt, Maryland. I am writing this letter to support Mr. Simon Kareri's plea for leniency. I have known Mr. Kareri for over 9 years and my sisters and I regard him as a father figure.

In all the time that I have known him, Mr. Kareri has always been a considerate, attentive and honest person. He has offered moral guidance and advice to me and my sisters. He has been an understanding, supportive, and patient man who would offer assistance when we needed it regarding schoolwork, employment, and even personal family matters. I am truly blessed for knowing the person he is and having him in my life.

When he came back after his incarceration, I noticed some changes. Although physically he was the same person, he had slightly changed on a deeper, inner level. He seemed unsure of himself...a more hesitant person. Even though he was happy to be home, there was an aura of sorrow about him. The exuberant and energetic person I once knew was replaced by a friendly and courteous, although sad person. He has slowly regained some of the old energy, but there still remains the air of sadness.

I truly believe that he should stay with his family. He has children who deserve to be around him and also receive the same guidance that I had from him. It would be a disgrace to take him away when they are at such a young age and vulnerable. I humbly ask that you grant Mr. Kareri leniency in this matter.

Sincerely,

*Sumayyah Milstein*
Sumayyah Milstein

Chege N. Njuguna
21 Dunsinane Court
Silver Spring, MD 20906

October 19, 2006

Judge Ricardo M. Urbina
United States District Court
C/o Jonathan Shapiro
Attorney At Law
910 King Street
Alexandria, Virginia 22314

Dear Honorable Judge Urbina:

My name is Chege Njuguna Magua, a Computer Engineer and a father of two. I am married to Simon Kareri's sister. I am honored to submit this letter to you on behalf of our family in order to let you know the Simon we know and love and to ask for your mercy at his sentencing. Simon Kareri takes his responsibilities very seriously. Simon continues to lead us by example living his life cleanly – he does not use drugs or use profanity. Simon is selfless, always giving and sharing. Simon cares about people. He always listens and helps out with his children, nieces, nephews and other extended family and friends. Simon always encourages all the children to work hard and do well in school stressing to them that hard work and a good education is the only way to better themselves.

Simon has built his life on compassion, honesty, truth, courage, and integrity. He does not engage in gossip, petty talk or character assassination. Even through trials and tribulations Simon has continued to be a pillar and great leader to his family and friends.

Simon engages people's ideas, helps them make them better. Simon may at times be your harshest critic but this is always with an eye to correct and educate. Simon is not swayed by fashion, fads or opinions of others. He always speaks his mind and is direct with his dealing with others.

Since Simon came home, we have all been surprised that his character has not changed. If anything has changed, he is a better person; even though his health has failed. He is not bitter regarding his circumstances but continues to look into the future and believes that he will be redeemed. We know his medical situation is not good but he refuses to show his suffering. During this past seven months, he has been consummated with family affairs, guiding his children, nieces and nephews.

I hope that sharing my observations concerning Simon will guide and assist you in making the appropriate decision in Simon's sentence by granting mercy to him and

returning him to his family where he belongs. The last four years have been very difficult for him and the family believes that he has paid all his debt to society and more. His value to society is as a free man and we pray that you grant our wish and prayers.

Thank you for your consideration,


Mr. Chege M Njuguna