# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| | : |
| v. | : Criminal No. 05-212-01 (RMU) |
| | : |
| | : **(UNDER SEAL)** |
| **SIMON P. KARERI,** | : |
| | : |
| Defendant. | : |

## GOVERNMENT'S SUPPLEMENTAL MEMORANDUM IN AID OF SENTENCING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, files the following supplemental memorandum in aid of sentencing. The parties have reached an agreement on the outstanding issue of restitution in this matter. Accordingly, if accepted by the Court, the Court need not conduct an evidentiary hearing on the issue of restitution at defendant's sentencing on November 16, 2006.

Defendant has agreed to pay a total of $631,021.24 in restitution. This includes $224,000 in restitution to the Embassy of Benin as set forth in the government's sentencing memoranda filed previously in this matter. Defendant also agrees to pay the Internal Revenue Service a total of $407,021.24 in restitution for back taxes due and owing. This figure is slightly lower than the amount originally stated and considers that some monies that were originally calculated as income to defendant appear instead to be payments from the Jadini account to third parties for services that could have been rendered for Equatorial Guinea. This reduces defendant's overall tax liability.

In order to effectuate the payment of this restitution, defendant Kareri has agreed to the entry of a consent order of forfeiture in the amount of $631,021.24. (The parties will tender a consent order of forfeiture for the Court to sign and enter on the record.) This $631,021.24 will be deducted

from the monies that have already been seized by the government and are the subject of the government's civil forfeiture action in civil case 04-1525.[1] The government will then distribute the forfeited monies to the appropriate victims pursuant to the Court's findings on restitution.

                              Respectfully submitted,

                              JEFFREY A. TAYLOR
                              UNITED STATES ATTORNEY
                              D.C. BAR # 498610

By:    _____
          STEVEN J. DURHAM
          ASSISTANT UNITED STATES ATTORNEY
          555 Fourth Street, N.W.
          Room 5253
          Washington, D.C.  20530
          (202) 514-8316

---

[1] The government has seized a total of $1,945,246.80 from defendant Kareri. This includes monies from several SunTrust bank accounts as well as $950,000 that represents the proceeds of the sale of land in Montgomery County, Maryland that was the subject of the civil forfeiture action. This $950,000 was repatriated from an overseas bank account as part of the criminal plea agreement and is presently in the Court's registry. After the Court enters the consent order of forfeiture for the $631,021.24 as set forth above, $1,314,225.60 remains. Pursuant to the plea agreement (para. 5), the government has agreed to return a total of $143,605.64 to Kareri which would then leave $1,170,620 still in dispute in the civil forfeiture case. The parties may be able to reach a settlement on this amount as well at some future time but in any event, this will have no impact on defendant's sentencing in the criminal case.

## CERTIFICATE OF SERVICE

I certify that I have provided a true copy of the forgoing Government's Supplemental Memorandum to the following parties by telecopier:

Jonathan Shapiro, Esq.
(counsel for defendant Simon P. Kareri)
FAX 703-684-9017

on this 9th day of November, 2006.

                                                                                                                                      _____
                                                                                                                                      STEVEN J. DURHAM
                                                                                                                                      ASSISTANT U.S. ATTORNEY