UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**SEALED**

UNITED STATES OF AMERICA          :
                                  :
                v.                :   Criminal Action No.: 05-212(RMU)
                                  :
#1: SIMON KARERI          ,       :
                                  :
           Defendant.             :   **FILED**

ORDER

NOV 1 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is this 16th day of November 2006,

ORDERED that a progress hearing in the above-captioned case shall take place on September 10, 2007 at 9:45 am.

SO ORDERED.

_____
Ricardo M. Urbina
United States District Judge