APR-25-2006  16:04                                                                                          P.02/02

### HONORABLE RICARDO M. URBINA, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SEALED

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: **05-CR-212** |
| vs. | : | SSN: |
| KARERI, Simon | : | Disclosure Date: **April 20, 2006** |

**FILED**
NOV 1 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

#### For the Government

(CHECK APPROPRIATE BOX)
( ✓ ) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____                                    4/25/06
**Prosecuting Attorney**                                              Date

#### For the Defendant

(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____  _____       _____  _____
**Defendant**                    Date                    **Defense Counsel**              Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **May 04, 2006**, to U.S. Probation Officer **Kathie McGill**, telephone number **(202) 565-1421**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

## LAW OFFICES OF JONATHAN SHAPIRO, P.C.

ATTORNEY AND COUNSELOR AT LAW

910 KING STREET
ALEXANDRIA, VIRGINIA 22314

TELEPHONE (703) 684-1700
FACSIMILE (703) 684-9017
jon@lawshapiro.net

May 7, 2006

Kathie McGill
United States Probation Officer
United States Probation Department
United States District Court
Washington, D.C.

BY FAX

Re:   United States v. Simon Kareri
      Criminal No. 05-CR-212

Dear Ms. McGill:

I apologize for getting this information to you late. Attached is the Receipt and Acknowledgment. I have sent the original with my original signature, and a faxed version with Mr. Kareri's signature. If this is not sufficient, let me know and Mr. Kareri will arrange to come to your office to sign the original.

We have no dispute with the guideline calculation. There are, however, several minor factual inaccuracies, as follows:

1. Page 6, Paragraph 11, states that Mr. Kareri maintained a bank account for the embassy of Benin. He did not maintain the account, the Embassy did. The way this is phrases in Paragraph 12 is more accurate.

2. Page 12, Paragraph 51, states that Mr. Kareri's farm was the biggest in Kenya. Mr. Kareri informs me that while it was large, it was not the largest and the value placed on it is incorrect as well. It was indeed valuable but Mr. Kareri can only guess at its value.

3. Page 13, Paragraph 53, the correct spelling of Mr. Kareri's daughter's name is Nafissa.

4. Page 13, Paragraph 54. Mr. Kareri has owned his home since 1987 rather than 1995.

5. Page 14, Paragraph 57. In addition to the listed medications, Mr. Kareri also takes Synthroid for his thyroid.

6. Page 15, Paragraph 67, Mr. Kareri sates that it would be more accurate to say that he has a working knowledge of French and Spanish, and speaks seven other African dialects.

7. {Page 15, Paragraph 68, please note that Mr. Kareri is at this time actively seeking new employment.

8. Page 16, Paragraph 70, the history of the various banks at which Mr. Kareri worked should be, Guardian Federal, which merged with Perpetual, which then merged with Crestar.

Finally, please note that Mr. Kareri has no knowledge that the Republic of Benin suffered financial loss in the amount of $224,000, as set forth in Paragraphs 30 and 100, and, he has no knowledge that the amount of loss to the IRS was $436,893.44.

Very truly yours,

Jonathan Shapiro

cc:   Simon Kareri
      Steven Durham, AUSA

HONORABLE RICARDO M. URBINA, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>05-CR-212</u> |
| vs. | : | SSN: |
| KARERI, Simon | : | Disclosure Date: <u>April 20, 2006</u> |

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)
( )   There are no material/factual inaccuracies therein.
( )   There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____          _____
**Prosecuting Attorney**                               **Date**

### For the Defendant

(CHECK APPROPRIATE BOX)
(X)   There are no material/factual inaccuracies therein. (*minor changes noted*)
( )   There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____          _____
**Defendant            Date**              **Defense Counsel          Date** 5/7/06

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **May 04, 2006**, to U.S. Probation Officer **Kathie McGill**, telephone number **(202) 565-1421**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

**By:**   Richard A. Houck, Jr., Chief
United States Probation Officer

HONORABLE RICARDO M. URBINA, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | Docket No.: 05-CR-212 |
|---|---|---|
| vs. | : | SSN: |
| KARERI, Simon | : | Disclosure Date: April 20, 2006 |

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____    _____
Prosecuting Attorney                                    Date

### For the Defendant

(CHECK APPROPRIATE BOX)
(X) There are no material/factual inaccuracies therein (*minor changes noted*)
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____ 5/8/06            _____ 5/7/06
Defendant    Date            Defense Counsel    Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by May 04, 2006, to U.S. Probation Officer Kathie McGill, telephone number (202) 565-1421, fax number (202) 273-0242.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

### FOR THE COURT

By:  Richard A. Houck, Jr., Chief
     United States Probation Officer