UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    -vs-                                      CASE No. CR-05-212-01
                                                JUDGE: Ricardo M. Urbina

SIMON P. KARERI,

        Defendant.

## O R D E R

Upon motion of the defendant for an emergency order staying any report date which may be issued by the Bureau of Prisons until such time as the court decides whether, or how, to modify or clarify its sentencing Order in this case, it is hereby ORDERED that the defendant need not report to any Bureau of Prisons facility until further Order of this court; and,

The Court hereby directs counsel to appear before the Court on _____, 2007, at ___ o'clock, to present argument concerning the import of the court's sentencing order and the propriety of modifying that order.

                                                            _____
                                                            UNITED STATES DISTRICT JUDGE

                                                            Entered: _____