# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA
### PROBATION OFFICE



GENNINE A. HAGAR
E. SCOTT CHINN
ACTING CHIEF UNITED STATES PROBATION OFFICERS

E. BARRETT PRETTYMAN U.S. COURTHOUSE
333 CONSTITUTION AVENUE, N.W., SUITE 2800
WASHINGTON, D.C. 20001-2866
TELEPHONE (202) 565-1300

January 4, 2007

Simon P. Kareri
1526 Ingram Terrace
Silver Spring, MD 20906

Re:  Notice of Designation and Date to Report

Dear Mr. Kareri:

As ordered by the Court, you are to report voluntarily to a federal institution for service of your sentence. You are hereby instructed to report to the **FCI Schuylkill**, located on Interstate 81 & 901W, Minersville, PA 17954, on **Wednesday, January 17, 2007**, no later than 2:00 p.m. No extra personal items or clothing may be taken into the institution. The Property Program Statement can be reviewed upon arrival, and additional items that are authorized can be sent via mail.

Toothpaste, toothbrushes, razors, and soap are issued by the institution. Inmates may purchase other personal items through the commissary.

Should you have any question or concerns, please contact the institution at **(570) 544-7100**, or the undersigned probation officer.

Sincerely,

UNITED STATES PROBATION OFFICE

Sondrá A. Rhodes
Senior United States Probation Officer
Voluntary Surrender Program Coordinator
(202) 565-1349

wk

cc:  D.C. Pretrial Services
     U.S. Marshal Service
     Jonathan Shapiro, Defense Counsel
     Steven J. Durham, AUSA