U.S. Department of Justice

Federal Bureau of Prisons

Designation & Sentence Computation Center
346 Marine Forces Drive
Grand Prairie, Texas 75051

December 20, 2006

The Honorable Ricardo M. Urbina
Judge of the U.S. District Court
  for the District of Columbia
1225 E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, D.C. 20001

LET THIS BE FILED
DATE: 1/8/07
JUDGE RICARDO M. URBINA
FILED
JAN 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**Re:  KARERI, Simon P.**
      Reg. No. 28132-016
      Docket No. 05-0212-01

Dear Judge Urbina:

   This is in response to the Court's recommendation that Simon P. Kareri serve his term of confinement at a Residential Reentry Center (RRC). Mr. Kareri was sentenced in your court to an 18-month term for Conspiracy, Aiding and Abetting, Causing an Act to be Done, Bank Fraud, Causing an Act to be Done, Aiding and Abetting, Money Laundering, Aiding and Abetting, Causing an Act to be Done, and Taking Action for the Purpose of Impairing or Defeating a Court's In Rem Jurisdiction Over Property.

   Unfortunately, we were unable to follow the Court's recommendation. Bureau of Prisons policy precludes the direct placement of offenders in an RRC. Accordingly, Mr. Kareri has been designated to the Schuylkill minimum security level facility in Minersville, Pennsylvania.

   Although we were unable to follow the Court's recommendation in this case, please be assured of our continued commitment to satisfy judicial recommendations whenever possible.

                                        Sincerely,

                                        Rebecca Tamez
                                        Chief

hlr
cc:  Warden, FCI Schuylkill (SCP)