HONORABLE RICARDO M. URBINA
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ORDER TO SURRENDER

FILED

JAN 1 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

vs.

Simon P. Kareri          Docket No.: CR-05-212-01

TO:   DIRECTOR, FEDERAL BUREAU OF PRISONS

It is hereby **ORDERED** that **Simon P. Kareri** having been sentenced, on November 16, 2006, in the above case to the custody of the Bureau of Prisons, surrender himself to the Bureau of Prisons by reporting to   FCI Schuylkill  , in   Minersville, PA   by 2 p.m., on   January 17, 2007  .

1-11-07
Date

RICARDO M. URBINA
UNITED STATES DISTRICT JUDGE

**ACKNOWLEDGMENT:** I agree to report as directed in this Order and understand that if I fail to do so, I may be cited for Contempt of Court, and if convicted of this offense, may be punished by imprisonment or fine, or both.

_____          _____
**ATTORNEY/U.S. PROBATION OFFICER**                    **DEFENDANT**

Revised 6-2004