UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA        :
                                :
           v.                   :    Criminal Action No.: 05-212-01 (RMU)
                                :
SIMON KARERI,                   :
                                :
           Defendant.           :

**ORDER**

It is this 10th day of September 2007,

**ORDERED** that a progress hearing in the above-captioned case shall take place on March 10, 2008 at 11:00 a.m.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge

