UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    -vs-                                        CASE No. CR-05-212-01
                                                JUDGE: Ricardo M. Urbina

SIMON P. KARERI,

        Defendant.


## NOTICE OF CHANGE OF ADDRESS FOR ATTORNEY

THE CLERK will please note that counsel for the defendant, Jonathan Shapiro, Esquire, has moved to a new address and combined practices with the law firm of Greenspun, Davis, & Leary, P.C. The new firm name and address for counsel for the defendant in the above-captioned case is as follows:

        GREENSPUN, SHAPIRO, DAVIS & LEARY, P.C.
        3955 Chain Bridge Road
        Second Floor
        Fairfax, Virginia 22030
        (703) 684-1700
        (703) 591-7268 (fax)
        js@greenspunlaw.co

        Respectfully Submitted
        SIMON KARERI
        By Counsel

Counsel for the Defendant:


_____/s/_____
Jonathan Shapiro
VSB #13953
GREENSPUN, SHAPIRO, DAVIS & LEARY, P.C.
3955 Chain Bridge Road, Second Floor
Fairfax, Virginia 22030
(703) 684-1700
(703) 591-7268 fax
js@greenspunlaw.com

Admitted Pro Hac Vice



_____/s/_____
Christopher G. Hoge
DCB # 203257
Crowley, Hoge and Fein, P.C.
1710 Rhode Island Avenue, N.W.
Suite 700
Washington, D.C.   20036
(202) 483-2900

Local Counsel


Certificate of Service

       I hereby certify that a true copy of the foregoing Praecipe was mailed this 13th day of September, 2007, to Steven Durham, Assistant United States Attorney, 555 4th Street, N.W., Washington, D.C., 20530.


_____/s/_____
Jonathan Shapiro