**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA        :
                                :
                    v.          :        Criminal Action No.: 05-212-01 (RMU)
                                :
SIMON KARERI,                   :
                                :
                    Defendant.  :        **FILED**

**ORDER**

                                         MAR 1 0 2008

                                         Clerk, U.S. District and
It is this 10th day of March 2008, hereby         Bankruptcy Courts

**ORDERED** a status hearing in the above-captioned case shall take place on September

8, 2008 at 10:15 a.m..

**SO ORDERED**.


                              Ricardo M. Urbina
                              United States District Judge