UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal Action No.: 05-212-01 (RMU) |
| : | |
| SIMON KARERI, : | |
| : | |
| Defendant. : | |

ORDER

FILED
AUG 1 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is this 15th day of August, 2008,

**ORDERED** that the progress status hearing in the above-captioned case scheduled to take place on September 8, 2008, at 10:15 a.m. is rescheduled for September 8, 2008, at 11:45 a.m.

**SO ORDERED**.

_____
Ricardo M. Urbina
United States District Judge